IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 1 2000

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| SEAN W. b/n/f MARCIA W., § | |
|     Plaintiffs, § | |
| § | |
| VS. § | Civil Action No. C-00-068 |
| § | |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT, NUECES COUNTY, § | |
| AND STEVE SCHWERIN, CHIEF § | |
| PROBATION OFFICER § | |
|     Defendants. § | |

## PLAINTIFFS' CERTIFICATION OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Sean W., Plaintiff and certifies that the following are believed to be interested parties in this litigation:

1. Sean W. b/n/f Marcia W.
   5966 Cinnamon Oaks Drive
   Corpus Christi, Texas
   361-993-2646

2. Corpus Christi Independent School District
   801 Leopard Street
   P.O. Box 110
   Corpus Christi, Texas  78403
   361-886-9067

3. Nueces County
   Richard Borchard
   901 Leopard Street
   Corpus Christi, Texas  78401
   361-888-0444

4. Steve Schwerin
   Chief Probation Officer
   2310 Gollihar
   Corpus Christi, Texas  78415
   361-855-7303

Plaintiff agrees to supplement this disclosure if further information is obtained as requested by the Court.

Respectfully submitted,

*Thomas E Baker, Jr. for Les Cassidy with permission*

Les Cassidy
WOOLSEY & CASSIDY, P.C.
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471
(361) 887-2965 office
(361) 887-6521 fax

State Bar No. 03979370
Federal I.D. No. 5931

ATTORNEY FOR PLAINTIFFS

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471
(361) 887-2965 office
(361) 887-6521 fax

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded this 1st day of March, 2000, to:

Corpus Christi Independent School District
ATTN: Linda Flores-Resendez
801 Leopard Street
P.O. Box 110
Corpus Christi, Texas 78403

Nueces County
ATTN: Richard Borchard
901 Leopard Street
Corpus Christi, Texas 78401

Steve Schwerin
Chief Probation Officer
2310 Gollihar
Corpus Christi, Texas 78415

_____
Les Cassidy *for Les Cassidy with permission*