IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SEAN W. b/n/f MARCIA W., § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> CORPUS CHRISTI INDEPENDENT § <br> SCHOOL DISTRICT, NUECES COUNTY, § <br> AND SHERIFF, LARRY OLIVAREZ § <br> Defendants. § | Civil Action No. C-00-068 |

**United States District Court**
**Southern District of Texas**
**ENTERED**
**MAR 0 8 2000**
**Michael N. Milby, Clerk of Court**

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On this day came on to be considered Plaintiff's Unopposed Motion for Leave to File Amended Complaint. After reviewing the pleadings on file and the arguments of counsel, the Court finds that the motion should be and is hereby GRANTED and Plaintiff is directed to file his First Amended Original Complaint.

_____
UNITED STATES DISTRICT JUDGE

3-4-00