AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

———————— DISTRICT OF ————————

SEAN W. b/n/f MARCIA W.

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: C-00-068

CORPUS CHRISTI INDEPENDENT
SCHOOL DISTRICT, NUECES COUNTY,
AND STEVE SCHWERIN, CHIEF
PROBATION OFFICER

**TO:** (Name and address of defendant)

MR. RICHARD BORCHARD
COUNTY JUDGE
901 LEOPARD STREET
CORPUS CHRISTI, TX 78401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LES CASSIDY
500 N. WATER STREET
1020 BANK OF AMERICA CENTER NORTH
CORPUS CHRISTI, TX 78471

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK

_____
CLERK

March 3, 2000
_____
DATE

_Aaron L. Kennedy_
(BY) DEPUTY CLERK

1.

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 3-3-00 |
| NAME OF SERVER (PRINT) Vicente Martinez | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 901 Leopard St, Corpus Christi, Tx

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3-6-00
            Date

Signature of Server

4500 Skyhawk, Robstown Tx
Address of Server

United States District Court
Southern District of T[...]
FILED

MAR 0 6 2000

Michael N. Milby, Clerk

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.