# United States District Court

———————————— DISTRICT OF ————————————

SEAN W. b/n/f MARCIA W.

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: C-00-068

CORPUS CHRISTI INDEPENDENT
SCHOOL DISTRICT, NUECES COUNTY,
AND STEVE SCHWERIN, CHIEF
PROBATION OFFICER

TO: (Name and address of defendant)

STEVE SCHWERIN
CHIEF PROBATION OFFICER
2310 GOLLIHAR
CORPUS CHRISTI, TX  78415

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LES CASSIDY
500 N. WATER STREET
1020 BANK OF AMERICA CENTER NORTH
CORPUS CHRISTI, TX  78471

an answer to the complaint which is herewith served upon you, within ____TWENTY (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK

_____
CLERK

_March 3, 2000_
_____
DATE

_Aaron L. Kennedy_
_____
(BY) DEPUTY CLERK

8.

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 3-3-00 |
| NAME OF SERVER (PRINT) Vicente Martinez | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2310 Gollihar Corpus Christi, Tx

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-3-00  3:50 pm
Date

Signature of Server

4500 Skyhawk, Robstown, Tx
Address of Server

United States District Court
Southern District of Texas
FILED

MAR 0 6 2000

Michael N. Milby, Clerk

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.