United States District Court
Southern District of Texas
FILED

MAR 15 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SEAN W., B/N/F MARCIA W. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. C-00-068 |
| | § | |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT, NUECES | § | |
| COUNTY, AND STEVE SCHWERIN, | § | |
| CHIEF PROBATION OFFICER | § | |

## DEFENDANT CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF THE COURT:

COMES NOW, Defendant Corpus Christi Independent School District ("District"), and files this Original Answer to the Plaintiff's Original Complaint, as follows:

### I.

The District offers its responses to the specific allegations made in the Plaintiff's Original Complaint on a paragraph-by-paragraph basis, as follows:

### Parties to the Action

1. The District admits the allegations contained in this paragraph.

2. The District admits the allegations contained in this paragraph.

3. The District admits the allegations contained in this paragraph.

4. The District has no direct information on this issue and can neither admit or deny the allegations contained in this paragraph.

## II.

## Jurisdiction

5.  The District admits that this cause of action involves in part the jurisdiction of 20 U.S.C. § 1415 (Individuals with Disabilities in Education Act). All other matters are denied.

## III.

## Venue

6  The Districts admits the allegations contained in this paragraph.

## IV.

## Administrative Prerequisites

7.  The District admits that the Plaintiff asserted these allegations in their request for a Special Education Due Process Hearing. All other matters are denied.

8.  The District admits that the Plaintiff is eligible for special education services under the disability of Other Health Impaired. All other allegations are denied.

9.  The District denies the allegations contained in this paragraph.

## V.

## Failure to Provide Special Education Services

10. The District denies the allegations contained in this paragraph.

11. The District denies the allegations contained in this paragraph.

12. The District denies the allegations contained in this paragraph.

## VI.

### Violation of Fourth and fourteenth Amendment Rights

13. The District has no information pertaining to this matter and can neither admit or deny this allegation.

14. The District has no direct information pertaining to this matter and can neither admit or deny this allegation.

15. The District has no direct information pertaining to this matter and can neither admit or deny this allegation.

## VII.

The District denies that the Plaintiff is entitled to any relief set forth in the prayer.

## VIII.

### Affirmative Defenses

16. As a first affirmative defense, the District contends that the Plaintiff has not properly involved this Court's jurisdiction because he failed to file this cause of action within 90 days as required by 19 TAC § 89.1185.

17. As a second affirmative defense, the District contends that Plaintiff has not pled a proper cause of action under the Rehabilitation Act of 1973, and has not satisfied the administrative requirements thereunder.

18. As a third affirmative defense, the District contends the Plaintiff has not pled a proper cause of action under the Americans with Disabilities Act.

WHEREFORE, PREMISES CONSIDERED, the District respectfully prays that this Court render a judgment in favor of the Defendant, Corpus Christi Independent School

3

District, on all claims asserted and further, deny the Plaintiff any reimbursement for attorney's fees and costs and order such other relief as this Court deems just and proper.

Respectfully submitted,

CORPUS CHRISTI INDEPENDENT
    SCHOOL DISTRICT
P. O. Box 110
Corpus Christi, Texas 78403
TELEPHONE: (361) 886-9067
FACSIMILE: (361) 844-0283


BY: _____
LINDA FLORES RESENDEZ
Federal Bar No. 12591
State Bar No. 07164490
ATTORNEY FOR RESPONDENT

4

## CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of March, 2000, a true and correct copy of the above and foregoing pleading was served to the following:

| | |
|---|---|
| Mr. Les Cassidy | **U. S. Mail** |
| Woolsey & Cassidy | **Return Receipt Requested** |
| 1020 Bank of America Center North | Receipt No. 391 242 112 |
| 500 North Water Street | |
| Corpus Christi, Texas 78471 | |
| Telephone: 361/887-2965 | |
| Facsimile: 361887-6521 | |
| | |
| Mr. Walter Bryan | **Return Receipt Requested** |
| Nueces County Attorney's Office | Receipt No. 391 242 115 |
| 901 Leopard Street | |
| Corpus Christi, Texas 78401 | |

Linda Flores Resendez

5