United States District Court
Southern District of Texas
FILED

MAR 15 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SEAN W., B/N/F MARCIA W. § | |
| § | |
| V. § | CIVIL ACTION NO. C-00-068 |
| § | |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT, NUECES § | |
| COUNTY, AND STEVE SCHWERIN, § | |
| CHIEF PROBATION OFFICER § | |

### DISCLOSURE OF INTERESTED PARTIES BY DEFENDANT
### CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT

The Corpus Christi Independent School District, one of the Defendants in the above styled and numbered cause files this Disclosure of Interested Parties.

The only interested party for Defendant Corpus Christi Independent School District, is the District itself, including all those persons with decision making authority for the District.

Respectfully submitted,

CORPUS CHRISTI INDEPENDENT
   SCHOOL DISTRICT
P. O. Box 110
Corpus Christi, Texas 78403
TELEPHONE: (361) 886-9067
FACSIMILE: (361) 844-0283

BY: _____
LINDA FLORES RESENDEZ
Federal Bar No. 12591
State Bar No. 07164490
ATTORNEY FOR RESPONDENT

1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of March, 2000, a true and correct copy of the above and foregoing pleading was served to the following:

| | |
|---|---|
| Mr. Les Cassidy | **U. S. Mail** |
| Woolsey & Cassidy | **Return Receipt Requested** |
| 1020 Bank of America Center North | Receipt No. 391 242 112 |
| 500 North Water Street | |
| Corpus Christi, Texas 78471 | |
| Telephone: 361/887-2965 | |
| Facsimile: 361887-6521 | |
| | |
| Mr. Walter Bryan | **Return Receipt Requested** |
| Nueces County Attorney's Office | Receipt No. 391 242 115 |
| 901 Leopard Street | |
| Corpus Christi, Texas 78401 | |

_____
Linda Flores Resendez

2