Case 2:00-cv-00068 Document 13 Filed in TXSD on 04/05/2000 Page 1 of 10

United States District Court
Southern District of Texas
FILED

APR 05 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

SEAN W. b/n/f MARCIA W., §
Plaintiff, §
§
vs. § Civil Action No. C-00-068
§
CORPUS CHRISTI INDEPENDENT §
SCHOOL DISTRICT, NUECES COUNTY, §
AND STEVE SCHWERIN, §
CHIEF PROBATION OFFICER §
Defendants. §

JOINT REPORT OF THE MEETING AND
JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER
RULE 26, FEDERAL RULES OF CIVIL PROCEDURE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff, Sean W., b/n/f Marcia W., and Defendants, Corpus Christi Independent School District, Nueces County and Steve Schwerin by and through their respective counsel, hereinafter collectively referred to as the "parties", and submit the following Joint Discovery/Case Management Plan Under Rule 26 (F), Federal Rules of Civil Procedure.

1. State where and when the meeting of the parties required by Rule 26 was held, and identify the counsel who attended for each party.

**Answer:** **Mr. Thomas E. Baker, Jr., appearing for Les Cassidy, attorney for Plaintiff, Sean W., b/n/f Marcia W.; Linda Flores-Resendez and John Holmgreen, attorneys for Defendant Corpus Christi Independent School District; Jenny Boyd, appearing for Walter Bryan, attorney for Defendants Nueces County and**



13.

**Steve Schwerin met by way of telephonic conference on Wednesday, April 05, 2000 at 9:15 am.**

2. List the cases related to this one that are pending in any state or federal court, with the case number and court.

Answer: **None.**

3. Briefly describe what this case is about

Answer: **This case involves a twelve year old boy with multiple disabilities. More specifically, Plaintiff suffers fro m Tourette's Syndrome, Obsessive Compulsive Disorder, Attention Deficit/Hyperactivity Disorder and Depression. Plaintiff is eligible for and currently receives special education services. On November 18, 1999, special education hearing officer Stephen Webb filed a written decision. Plaintiff appeals in part the hearing officer's decision. Plaintiff asserts the special education services provided by the School District have been deficient. Also, the Fourth and Fourteenth Amendment rights of Plaintiff were violated when he was arrested and strip searched.**

4. Specify the allegation of federal jurisdiction.

Answer: **The parties disagree as to jurisdiction. Plaintiff's position is that this suit was brought pursuant to the Individuals with Disabilities Education Act, the Rehabilitation Act of 1973, and the American with Disabilities Act, 42 U.S.C. § 1983, and this**



ClibPDF - www.fastio.com

**Court has subject matter jurisdiction under these statutes as well as 28 U.S.C. §1331.**

5. Name the parties who disagree and the reasons.

Answer: **C.C.I.S.D. takes the position that Plaintiff has failed to state a claim under the Rehabilitation Act of 1973 and the Americans with Disabilities Act.**

6. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

Answer: **None.**

7. List anticipated interventions.

Answer: **None.**

8. Describe class-action issues.

Answer: **None.**

9. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

Answer: **Defendant, C.C.I.S.D. filed Initial Disclosures on April 4, 2000. All other parties agree to make disclosures on or by the Initial Pretrial Conference.**

10. Describe the proposed agreed discovery plan, including:

A. Responses to all matters raised in Rule 26(f).

Answer: **Plaintiff and Defendants have agreed to respond to all matters raised in Rule 26(f).**



ClibPDF - www.fastio.com

**B.** When and to whom the plaintiff anticipates it may send interrogatories.

**Answer:** **Plaintiff anticipates he will send interrogatories to Defendants by May 1, 2000.**

**C.** When and to whom the defendant anticipates it may send interrogatories.

**Answer:** **Defendants anticipate they will send interrogatories to Plaintiff by June 1, 2000.**

**D.** Of whom and by when the plaintiff anticipates taking oral depositions.

**Answer:** **Plaintiff anticipates taking oral depositions by September 29, 2000.**

**E.** Of whom and by when the defendant anticipates taking oral depositions.

**Answer:** **Defendant, C.C.I.S.D. anticipates taking oral depositions by September 29, 2000. Defendants, Nueces County and Steve Schwerin anticipate taking oral depositions by September 29, 2000.**

**F.** When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.



ClibPDF - www.fastio.com

**Answer:** **Plaintiff will designate experts by August 1, 2000.**

**Defendant, C.C.I.S.D. will designate experts by August 21, 2000. Defendants, Nueces County and Steve Schwerin will designate experts by August 21, 2000.**

**Expert reports will be due upon designation of each expert.**

G. List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**Answer:** **After designation of experts by Defendants, Plaintiff will depose such experts within thirty (30) days.**

H. List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**Answer:** **After designation of experts by Plaintiff, Defendants will depose such experts within thirty (30) days.**

11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

**Answer:** **All are agreed.**

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

**Answer:** **None.**

13. State the date the planned discovery can reasonably be completed.



ClibPDF - www.fastio.com

**Answer:** **All parties agree that the planned discovery can reasonably be completed by September 29, 2000.**

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

**Answer:** **All parties are interested in resolving this matter in an expeditious manner.**

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

**Answer:** **The parties have agreed to cooperate with discovery.**

16. From the attorneys' discussions with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

**Answer:** **The parties have not made a decision at this time.**

17. Magistrate judges may hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

**Answer:** **All parties do not consent to trial before a magistrate judge.**

18. State whether a jury demand has been made and if it was made on time.

**Answer:** **Defendants anticipate making a jury demand.**

19. Specify the number of hours it will take to present the evidence in this case.

**Answer:** **The parties estimate that it will take approximately twenty (20) hours to present the evidence in this case.**



ClibPDF - www.fastio.com

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

**Answer:** **Defendant C.C.I.S.D. anticipates filing a motion for leave to appear.**

21. List other pending motions.

**Answer:** **None.**

22. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the Court at the conference.

**Answer:** **None.**

23. Certify that all parties have filed Disclosures of Interested Parties as directed in the Order of Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

**Answer:** **Plaintiff filed Certification of Interested Parties on March 1, 2000. Defendant, Corpus Christi Independent School District filed its Certificate of Interested Parties on March 15, 2000. Defendants, Nueces County and Steve Schwerin filed their Certificates of Interested Parties on April 5, 2000**

24. List the names, bar numbers, addresses, and telephone numbers of all counsel.

**Answer:** **Counsel for Plaintiff:**

Les Cassidy
500 N. Water St
1020 Bank of America Center North
Corpus Christi, Texas 78471
(361) 887-2965 office
(361) 887-6521 fax



ClibPDF - www.fastio.com

State Bar No. 03979270
Federal I.D. No. 5931

Attorney for Plaintiff, Sean W. b/n/f Marcia W.

**Counsel for Defendants:**

Linda Flores-Resendez
801 Leopard St.
P.O. Box 110
Corpus Christi, Texas 78401
(361) 886-9067 office
(361) 844-0283 fax
State Bar No. 07164490
Federal I.D. No. 12591

John Holmgreen
210 S. Carancahua
Corpus Christi, Texas 78401
(361) 884-1961 office
(361) 889-5155 fax
State Bar No. 09913500
Federal I.D. No. 269

Attorneys for Defendant, Corpus Christi Independent School District

Walter Bryan
Nueces County Attorney's Office
901 Leopard
Corpus Christi, Texas 78401
(361) 888-0391 office
(361) 888-0577 fax
State Bar No. 03269600
Federal I.D. No. 10961

Attorney in Charge for Defendant, Nueces County and Steve Schwerin



ClibPDF - www.fastio.com

AGREED:

Les Cassidy
500 N. Water St.
1020 Bank of America Center North
Corpus Christi, Texas 78471
(361) 887-2965 office
(361) 887-6521 fax
State Bar No. 03979270
Federal I.D. No. 5931

Attorney in Charge for Plaintiff, Sean W. b/n/f Marcia W.

Linda Flores-Resendez
801 Leopard St.
P.O. Box 110
Corpus Christi, Texas 78401
(361) 886-9067 office
(361) 844-0283 fax
State Bar No. 07164490
Federal I.D. No. 12591

John Holmgreen
210 S. Carancahua
Corpus Christi, Texas 78401
(361) 884-1961 office
(361) 889-5155 fax
State Bar No. 09913500
Federal I.D. No. 269

Attorneys in Charge for Defendant, Corpus Christi Independent School District



ClibPDF - www.fastio.com

Walter Bryan
Nueces County Attorney's Office
901 Leopard
Corpus Christi, Texas 78401
(361) 888-0391 office
(361) 888-0577 fax
State Bar No. 03269600
Federal I.D. No. 10961

Attorney in Charge for Defendant, Nueces County and Steve Schwerin



ClibPDF - www.fastio.com