IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 05 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| SEAN W. b/n/f/ MARCIA W. | § § | |
| VS. | § § § | CIVIL ACTION NO. C-00-068 |
| CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT, NUECES COUNTY, AND STEVE SCHERWIN, CHIEF PROBATION OFFICER | § § § § § | |
| DEFENDANTS | § § | |

## DEFENDANTS' CERTIFICATION OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Nueces County and Steve Scherwin, Chief Probatin Officer, certifies that the following are believed to be interested parties in this ligiation:

1. Sean W. b/n/f Marcia W.
   5900 Cinnamon Oaks Drive
   Corpus Christi, Texas
   361-993-2646

2. Corpus Christi Independent School District
   801 Leopard Street
   P. O. Box 110
   Corpus Christi, Texas 78403
   361-886-9067

3. Nueces County
   Richard Borchard
   901 Leopard Street
   Corpus Christi, Texas 78401
   361-888-0444

4. Steve Schwerin
   Chief Probation Officer
   2310 Gollihar
   Corpus Christi, Texas 78415
   361-855-7303

Defendant agrees to supplement this disclosure if further information is obtained as requested by the Court.

Respectfully submitted,

LAURA GARZA JIMENEZ
NUECES COUNTY ATTORNEY

WALTER BRYAN
ASSISTANT COUNTY ATTORNEY
901 LEOPARD, ROOM 207
CORPUS CHRISTI, TEXAS 78401
PHONE NO. 361-888-0391
FAX NO.   361-888-0577
STATE BAR NO. 03269600
FEDERAL BAR NO. 10961

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2000, this document was served on the following by the method indicated:

Walter Bryan

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**Z# 7099 3220 0007 1840 8774**
Les Cassidy
Woolsey and Cassidy, P.C.
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**Z# 7099 3220 0007 1840 8781**
Linda Flores-Resendez
Attorney at Law
P. O. Box Drawer 110
Corpus Christi, Texas 78403