```
                                          United States District Court
                                           Southern District of Texas
                                                  FILED
        IN THE UNITED STATES DISTRICT COURT   APR 0 6 2000
         FOR THE SOUTHERN DISTRICT OF TEXAS
              CORPUS CHRISTI DIVISION        Michael N. Milby, Clerk of Court
```

SEAN W. B/N/F MARCIA W. §
§
VS. §
§ CIVIL ACTION NO. C-00-068
CORPUS CHRISTI INDEPENDENT §
SCHOOL DISTRICT, NUECES COUNTY §
AND SHERIFF LARRY OLIVAREZ §

### CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

Corpus Christi Independent School District, a defendant, in support of its Jury Demand, would show the following:

Corpus Christi Independent School District exercises its right to demand trial by jury of all ultimate fact issues.

WHEREFORE, PREMISES CONSIDERED, Corpus Christi Independent School District, a defendant, prays that its Demand be honored and that it receive all other and further relief to which it may show, deem, or allege itself entitled.

---

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S JURY
DEMAND

217685.1/JCH/427




Respectfully submitted,

_____
John C. Holmgreen, Jr.
Federal I.D. No. 299
State Bar No. 09913500
Attorney-in-Charge for Corpus Christi
  Independent School District
P. O. Box 2888
Corpus Christi, Texas 78403-2888
(361) 884-1961 FAX (361) 889-5100

OF COUNSEL:
GARY, THOMASSON, HALL & MARKS
Professional Corporation

## CERTIFICATE OF SERVICE

I certify that on April 5, 2000, a complete and correct copy of <u>Corpus Christi Independent School District's Jury Demand</u> was served on each party by delivery to the following attorneys of record in the manner indicated below:

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED:**

<u>Certified Mail, RRR No. Z 445 539 401</u>
Mr. Les Cassidy
Woolsey & Cassidy
500 N. Water Street
1020 Bank of American Center North
Corpus Christi, TX 78471

<u>Certified Mail, RRR No. Z 445 539 402</u>
Mr. Walter Bryan
Assistant County Attorney
901 Leopard St., Room 207
Second Floor, Nueces County Courthouse
Corpus Christi TX 78401-3680

_____
John C. Holmgreen, Jr.