IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 6 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| SEAN W. B/N/F MARCIA W. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. C-00-068 |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT, NUECES COUNTY § | |
| AND SHERIFF LARRY OLIVAREZ § | |

### FIRST UNOPPOSED MOTION OF CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT FOR LEAVE TO ADD ATTORNEY-OF-RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

Corpus Christi Independent School District, a defendant, in support of its Motion, would show the following:

Corpus Christi Independent School District moves the Court for leave to add Gary, Thomasson, Hall & Marks Professional Corporation and John C. Holmgreen, Jr., as attorneys-of-record for Corpus Christi Independent School District.

WHEREFORE, PREMISES CONSIDERED, Corpus Christi Independent School District prays that its Motion be granted and that it receive all other and further relief to which it may show, deem, or allege itself entitled.

---

FIRST UNOPPOSED MOTION OF CORPUS CHRISTI INDEPENDENT
SCHOOL DISTRICT FOR LEAVE TO ADD ATTORNEY-OF-RECORD

217681.1/JCH/427

Respectfully submitted,

*[signature: John C. Holmgreen, Jr.]*

John C. Holmgreen, Jr.
Federal I.D. No. 299
State Bar No. 09913500
Attorney-in-Charge for Corpus Christi
  Independent School District
P. O. Box 2888
Corpus Christi, Texas  78403-2888
(361) 884-1961  FAX (361) 889-5100

OF COUNSEL:
GARY, THOMASSON, HALL & MARKS
Professional Corporation

## CERTIFICATE OF CONSULTATION

I certify that I have consulted with all parties through their attorneys-of-record and that no party opposes the relief sought in the preceding First Unopposed Motion of Corpus Christi Independent School District for Leave to add Attorney-of-Record.

*[signature: John C. Holmgreen, Jr.]*

John C. Holmgreen, Jr.

## CERTIFICATE OF SERVICE

I certify that on April 5, 2000, a complete and correct copy of <u>First Unopposed Motion of Corpus Christi Independent School District for Leave to add Attorney-of-Record</u> was served on each party by delivery to the following attorneys of record in the manner indicated below:

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED:**

<u>Certified Mail, RRR No. Z 445 539 401</u>
Mr. Les Cassidy
Woolsey & Cassidy
500 N. Water Street
1020 Bank of American Center North
Corpus Christi, TX 78471

<u>Certified Mail, RRR No. Z 445 539 402</u>
Mr. Walter Bryan
Assistant County Attorney
901 Leopard St., Room 207
Second Floor, Nueces County Courthouse
Corpus Christi TX 78401-3680

_____
John C. Holmgreen, Jr.

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SEAN W. B/N/F MARCIA W. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. C-00-068 |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT, NUECES COUNTY § | |
| AND SHERIFF LARRY OLIVAREZ § | |

### ORDER RULING UPON FIRST UNOPPOSED MOTION OF CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT FOR LEAVE TO ADD ATTORNEY-OF-RECORD

Having considered all things necessary for a ruling upon the First Unopposed Motion of Corpus Christi Independent School District for Leave to add Attorney-of-Record, it is hereby ORDERED as follows:

1.  That the First Unopposed Motion of Corpus Christi Independent School District for Leave to add Attorney-of-Record is hereby GRANTED; and

2.  That Gary, Thomasson, Hall & Marks Professional Corporation and John C. Holmgreen, Jr., are hereby GRANTED LEAVE to appear as attorneys-of-record for Corpus Christi Independent School District, a defendant.

SIGNED on this the _____ day of _____, 2000.

_____
JUDGE PRESIDING

ORDER RULING UPON FIRST UNOPPOSED MOTION OF CORPUS
CHRISTI INDEPENDENT SCHOOL DISTRICT FOR LEAVE TO ADD
ATTORNEY-OF-RECORD

217681.1/JCH/427