IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SEAN W. B/N/F MARCIA W. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. C-00-068 |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT, NUECES COUNTY § | |
| AND SHERIFF LARRY OLIVAREZ § | |

United States District Court
Southern District of Texas
ENTERED
APR 10 2000
Michael N. Milby, Clerk of Court

ORDER RULING UPON FIRST UNOPPOSED MOTION OF
CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
FOR LEAVE TO ADD ATTORNEY-OF-RECORD

Having considered all things necessary for a ruling upon the First Unopposed Motion of Corpus Christi Independent School District for Leave to add Attorney-of-Record, it is hereby ORDERED as follows:

1. That the First Unopposed Motion of Corpus Christi Independent School District for Leave to add Attorney-of-Record is hereby GRANTED; and

2. That Gary, Thomasson, Hall & Marks Professional Corporation and John C. Holmgreen, Jr., are hereby GRANTED LEAVE to appear as attorneys-of-record for Corpus Christi Independent School District, a defendant.

SIGNED on this the 10th day of April, 2000.

_____
JUDGE PRESIDING

ORDER RULING UPON FIRST UNOPPOSED MOTION OF CORPUS
CHRISTI INDEPENDENT SCHOOL DISTRICT FOR LEAVE TO ADD
ATTORNEY-OF-RECORD

217681.1/JCH/427