United States District Court
Southern District of Texas
FILED

APR 10 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SEAN W. b/n/f MARCIA W., | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. C-00-068 |
| | § | |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT, NUECES COUNTY, | § | |
| AND STEVE SCHWERIN, | § | |
| CHIEF PROBATION OFFICER | § | |
| Defendants. | § | |

### PLAINTIFF'S DISCLOSURE OF DISCOVERY AND WITNESSES UNDER RULE 26, FEDERAL RULES OF CIVIL PROCEDURE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Sean W., b/n/f Marcia W., (hereinafter referred to as Plaintiff), hereby discloses the following documents and witnesses under Rule 26, Federal Rules of Civil Procedure that may be called to provide evidence in the above-referenced case.

Additionally, the Plaintiff reserves the right to produce documents which may be necessary for rebuttal purposes.

## II. WITNESSES

Ms. Jennifer Bridges
Nueces County Juvenile Probation Dept.
2310 Gollihar
Corpus Christi, Texas 78415
361.855.7303

Mr. Ben Rios, Paraprofessional
Corpus Christi Independent School District
801 Leopard St.
Corpus Christi, Texas 78403-0110
361.886.9057

-1-

Ms. Nora Garza, Asst. Principal
Baker Middle School
3445 Pecan
Corpus Christi, Texas 78411
361.878.1421

Ms. Kathy Bregenzer, Special Education Counselor
Baker Middle School
3445 Pecan
Corpus Christi, Texas 78411
361.878.1421

Mr. Al Parish, Counselor
Corpus Christi Independent School District
801 Leopard St.
Corpus Christi, Texas 78403-0110
361.886.9057

Mr. Michael DeLaGarza, CCISD Security Officer
Corpus Christi Independent School District
801 Leopard St.
Corpus Christi, Texas 78403-0110
361.886.9057

Ms. Marlo Bazan, Teacher
Baker Middle School
3445 Pecan
Corpus Christi, Texas 78411
361.878.1421

Ms. Ellen Jones, Substitute Teacher
Corpus Christi Independent School District
801 Leopard St.
Corpus Christi, Texas 78403-0110
361.886.9057

Ms. Roseanne Doughty, Behavior Specialist
Office of Special Education - CCISD
1530 Airline Road
Corpus Christi, Texas 78412
361.994.3517

Ms. Corpus-Everett, Theater-Arts Teacher
Baker Middle School
3445 Pecan
Corpus Christi, Texas 78411
361.878.1421

Mr. Dennis Williams, Asst. Principal
Corpus Christi Independent School District
801 Leopard St.
Corpus Christi, Texas 78403-0110
361.886.9057

Ms. Marlo Bazan, Teacher
Baker Middle School
3445 Pecan
Corpus Christi, Texas 78411
361.878.1421

Ms. Darla Reid, Principal
Baker Middle School
3445 Pecan
Corpus Christi, Texas 78411
361.878.1421

Ms. Marty Godbout, Math Teacher
Baker Middle School
3445 Pecan
Corpus Christi, Texas 78411
361.878.1421

Mr. Arnold Saavedra
Corpus Christi Independent School District
801 Leopard St.
Corpus Christi, Texas 78403-0110
361.886.9057

Dr. Mario Quintanilla
Pediatric Psychiatrist
5866 So. Staples, Ste. 103
Corpus Christi, Texas 78413
361.9934793

   The Plaintiff also reserves the right to call additional witnesses to rebut the testimony given by the defendants; additionally, the Plaintiff reserves the right to introduce into the record copies of any and all discovery, documentation, and witnesses produced by defendants or identified by defendants as evidence in defendant's case.

-4-

Attached hereto as Exhibit "1" is a list of documents which were produced pursuant to Rule 26 (a)(1)(B).

                          Respectfully submitted,

                          LES CASSIDY
                          1020 Bank of America -
                          Center North
                          500 North Water Street
                          Corpus Christi, TX 78471
                          TELEPHONE: 361.887.2965
                          FAX:      361.887.6521

                          _____
                          LES CASSIDY
                          State Bar No.: 03979270
                          Federal I.D. No.:  5931

                          ATTORNEY IN CHARGE FOR
                          PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded by hand delivery this 10th day of April, 2000, to:

Linda Flores-Resendez
801 Leopard St.
P.O. Box 110
Corpus Christi, Texas 78401
Attorney in Charge for Defendant, C.C.I.S.D.

Walter Bryan
Nueces County Attorney's Office
901 Leopard
Corpus Christi, Texas 78401
Attorney in Charge for Defendants, Nueces County
and Steve Schwerin

_____
Les Cassidy

# DOCUMENT INDEX

Item Description:                                                    Exhibit No.:

Teacher's Checklist of Tourettes's Syndrome (TS) Symptoms . . . 1

Teaching the Tiger - regarding TS, ADHD, OCD, etc. . . . . . . 2

Teaching the Tiger - regarding Obsessive-Compulsive Disorder . 3

Teaching the Tiger - regarding Deregulated Arousal System . . . 4

Caller-Times, August 28, 1995, article about TS . . . . . . . . 5

Caller-Times article regarding Sean W. - Windsor Park Elem. . . 6

9/11/97 Letter to Mr. Arnold Saavedra - with regard to
discriminatory treatment of Sean W. by Mr. Williams . . . . . . 7

9/19/97 ARD meeting . . . . . . . . . . . . . . . . . . . . . . 8

3/12/98 ARD meeting . . . . . . . . . . . . . . . . . . . . . . 9

8/19/98 ARD meeting . . . . . . . . . . . . . . . . . . . . . . 10

11/19/98 ARD meeting . . . . . . . . . . . . . . . . . . . . . 11

01/20/99 ARD meeting . . . . . . . . . . . . . . . . . . . . . 12

Fax transmittal from Roseann Nolan(Doughty) to Kathy Bregenzer
with regard to behaviors of Sean W. . . . . . . . . . . . . . . 13

Bus report/discipline form regarding Sean W. behaviors . . . 14

11/9/98 Office Referral from substitute teacher Ms. Cisneros 15

Discipline forms for Sean W. behaviors *Suspended from Bus* . 16

Student Discipline form . . . . . . . . . . . . . . . . . . . 17

Student Discipline form **Rios - ISSC in cafeteria for 1wk . 18

2/8/99 Suspension Notice (Emergency Removal) . . . . . . . . 19

Student Discipline - 2/17/99 . . . . . . . . . . . . . . . . 20


# EXHIBIT "1"

2/19/99 - Suspension Notice by phone, letter to Nora Garza, **Ben Rios** discipline to N. Garza . . . . . . . . . . . . . . . . . . 21

3/9/99 - Student Discipline . . . . . . . . . . . . . . . . . . . 22

10/28/98 - **False Arrest**, Misunderstanding on school's part, **Ben Rios statement** . . . . . . . . . . . . . . . . . . . . . 23

10/28/98 - Statement from Officer DeLaGarza - regarding the false arrest and misunderstanding/mishandling of Sean W. . . . . . 24

11/12/98 - Fax to Nora Garza - regarding a change in Sean W. medications and symptoms of depression . . . . . . . . . . . 25

12/2/98 Note from Rebecca Sheldon, school nurse, to N. Garza   26

3/3/99 - Statement by Ben Rios regarding 3/3/99 Arrest  . . .  27

3/3/99 - Statement by Officer DeLaGarza - 3/3/99 Arrest . . .  28

3/3/99 - Rapid Report - School Incidents - which was reported by Mr. Dennis Williams, Asst. Principal . . . . . . . . . . . . 29

3/3/99 - Statement by Ms. Marlo Bazan . . . . . . . . . . . .  30

3/3/99 - Statement by Mr. Al Parish . . . . . . . . . . . . .  31

CCISD Personnel Sheet/Information regarding Officer DeLaGarza  32

Correspondence between Ylise Janssen, Attorney for CCISD and Marcia W. regarding State Required M.O.U. . . . . . . . . . . 33

5/19/99 letter from Ylise Janssen stating CCISD Board Policies with regarding transportation of students by Corpus Christi Police Officers . . . . . . . . . . . . . . . . . . . . . . . 34

4/28/99 Permit to Leave School/Note from Kathy Bregenzer  . . 35

Fax transmittal from Kathy Bregenzer to Marcia W. . . . . . .  36

6/9/99 Fax transmittal from CCISD-Sp. Ed. Office regarding Paraprofessional training, education, and certification . . . 37

10/15/98 office transmittal from Sally Daly, teacher, to Kathy Bregenzer/Marcia W. . . . . . . . . . . . . . . . . . . . . . 38

Section 504 notice - showing individuals with disabilities and reasonable accommodations for them (how it affected school field trip to Austin, Texas - too limiting/restrictive) . . . . . . 39

5/3/99 Letter from Jennifer Bridges, Juvenile Probation Officer, regarding the 3/3/99 arrest of Sean W. . . . . . . . . . . . 40

CCISD School Board Policies . . . . . . . . . . . . . . . . .  41

Letter from Dr. Mario Quintanilla . . . . . . . . . . . . . 42

Decision of the Hearing Officer . . . . . . . . . . . . . . 43

Order Denying Petitioner's Request for Amended Decision . . . 44

Petitioner's Request for Amended Decision . . . . . . . . . . 45

Due Process Hearing Transcript (CCISD has already) . . . . . 46

9/21/99 Notification letter to City of Corpus Christi by Les Cassidy . . . . . . . . . . . . . . . . . . . . . . . . . . 47

Diagram of Baker Middle School property layout . . . . . . . 48

Pictures of Baker Middle School property layout/tree . . . . 49

ClibPDF - www.fastio.com