# CIVIL COURT MINUTES

JUDGE PRESIDING: JANIS GRAHAM JACK
CASE MANAGER: Mary Beth Garza
COURT RECORDER: Velma Gano
LAW CLERK: Aimee DeSantis
U. S. C. S. O.: Ovidio Trejo
U. S. MARSHAL:
INTERPRETER:

DATE: April 11, 2000  OPEN: 2:27  ADJOURN: 2:58
TAPE: #2

United States District Court
Southern District of Texas
FILED
APR 11 2000
MICHAEL N. MILBY, CLERK

CIVIL ACTION NUMBER: C-00-68

Sean W. b/n/f Marcia W.  COUNSEL: Les Cassidy

VS.

Corpus Christi, I.S.D.  COUNSEL: Linda Flores-Resendez / John Holmgreen

Nueces County, Texas  Walter Douglas Bryan

(✓) IPTC Case called. Appearances are made. Discussion of case matters. Plaintiff requests a temporary injunction. Court signs scheduling order. Court refers the parties to mediation. Court orders parties to pre-mark and exchange trial exhibits, prior to the filing of the JPTO. Court signs a general order. Plaintiff will submit a temporary injunction to Court by Friday, April 14, 2000. Adjourned.

20.