# UNITED STATES OF AMERICA
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 18 2000

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| Sean W. bnf Marcia W. | **NOTICE** |
| V. | |
| Corpus Christi I.S.D., et al. | CASE NUMBER: C-00-68 |

**TYPE OF CASE:**      _X_ CIVIL      ___ CRIMINAL

## YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:

### JUDGE JANIS GRAHAM JACK

**United States Courthouse**
**3rd Floor Courtroom**
**521 Starr Street**
**Corpus Christi, Texas 78401**

On      Monday, April 24, 2000      at      2:00 p.m.

## PURPOSE OF PROCEEDING:

___ Initial Pretrial Conference
    Note: Client(s) are not required to appear

___ Jury Selection and Trial

___ Re-Arraignment

___ Other:_____

_X_ Motion Hearing
    Application for Injunctive Relief

___ Show Cause Hearing

___ Sentencing

___ Revocation Hearing

---

Michael N. Milby, Clerk

By Deputy:   Mary Beth Garza                                              April 18, 2000

cc: Leslie Cassidy
    John C. Holmgreen
    Linda Flores-Resendez
    Walter Douglas Bryan