

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SEAN W. B/N/F MARCIA W. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. C-00-068 |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT, NUECES COUNTY § | |
| AND SHERIFF LARRY OLIVAREZ § | |

MOTION FOR LEAVE TO BE EXCUSED FROM
ATTENDANCE AT HEARING FOR INJUNCTIVE RELIEF

TO THE HONORABLE JUDGE OF SAID COURT:

Gary, Thomasson, Hall & Marks and John C. Holmgreen, Jr., attorneys for Corpus Christi Independent School District, in support of their Motion, would show the following:

1. These attorneys seek the Court's leave to be excused from the hearing upon plaintiff's application for preliminary injunction now set for trial at 1:30 p.m. on Monday, April 24, 2000, as this setting conflicts with a prior setting in state district court. These attorneys are representing Corpus Christi Independent School District in Cause No. 98-5081-B, styled <u>Roth Construction, Inc., v. Corpus Christi Independent School District,</u> in the 148th Judicial District Court of Nueces County,

Texas. Hon. Rose Vela, District Judge, will begin hearing pre-trial matters on Monday morning, April 24, which will require these attorneys' attendance before her Court.

2. Ms. Linda Flores-Resendez, who initially appeared on behalf of Corpus Christi Independent School District herein, will represent Corpus Christi Independent School District at the hearing before this Court on Monday afternoon, April 24, 2000.

WHEREFORE, PREMISES CONSIDERED, movants pray that their Motion be granted and they receive all other and further relief to which they may show, deem, or allege themselves entitled.

Respectfully submitted,

_____
John C. Holmgreen, Jr.
Federal I.D. No. 299
State Bar No. 09913500
Attorney-in-Charge for Corpus Christi
  Independent School District
P. O. Box 2888
Corpus Christi, Texas 78403-2888
(361) 884-1961  FAX (361) 889-5100

OF COUNSEL:
GARY, THOMASSON, HALL & MARKS
Professional Corporation

## CERTIFICATE OF CONFERENCE

I certify that I have discussed in general the subject matter of this Motion and that no adverse party opposes the relief herein sought.

_____
John C. Holmgreen, Jr.

## CERTIFICATE OF SERVICE

I certify that on April 20, 2000, a complete and correct copy of Motion for Leave to be Excused From Attendance at Hearing for Injunctive Relief was served on each party by delivery to the following attorneys of record in the manner indicated below:

**FACSIMILE TRANSMITTAL:**

Fax Transmittal No.: 887-6521
Mr. Les Cassidy
Woolsey & Cassidy
500 N. Water Street
1020 Bank of American Center North
Corpus Christi, TX 78471

Fax Transmittal No.: 888-0577
Mr. Walter Bryan
Assistant County Attorney
901 Leopard St., Room 207
Second Floor, Nueces County Courthouse
Corpus Christi TX 78401-3680

_____
John C. Holmgreen, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SEAN W. B/N/F MARCIA W. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. C-00-068 |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT, NUECES COUNTY § | |
| AND SHERIFF LARRY OLIVAREZ § | |

ORDER RULING UPON MOTION FOR LEAVE TO BE EXCUSED FROM
ATTENDANCE AT HEARING FOR INJUNCTIVE RELIEF

Having heard and considered all things necessary for a ruling upon the Motion for Leave to be Excused From Attendance at Hearing for Injunctive Relief, it is hereby ORDERED as follows:

1. That the Motion for Leave to be Excused From Attendance at Hearing for Injunctive Relief is hereby GRANTED; and

2. That Gary, Thomasson, Hall & Marks Professional Corporation and John C. Holmgreen, Jr., are hereby excused from attendance at the hearing upon Plaintiff's Application for Preliminary Injunction on April 24, 2000.

SIGNED on this the _____ day of _____, 1999.

_____
JUDGE PRESIDING