IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SEAN W. B/N/F MARCIA W. | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. C-00-068 |
| CORPUS CHRISTI INDEPENDENT | § |
| SCHOOL DISTRICT, NUECES COUNTY | § |
| AND SHERIFF LARRY OLIVAREZ | § |

### ORDER RULING UPON MOTION FOR LEAVE TO BE EXCUSED FROM ATTENDANCE AT HEARING FOR INJUNCTIVE RELIEF

Having heard and considered all things necessary for a ruling upon the Motion for Leave to be Excused From Attendance at Hearing for Injunctive Relief, it is hereby ORDERED as follows:

1. That the Motion for Leave to be Excused From Attendance at Hearing for Injunctive Relief is hereby GRANTED; and

2. That Gary, Thomasson, Hall & Marks Professional Corporation and John C. Holmgreen, Jr., are hereby excused from attendance at the hearing upon Plaintiff's Application for Preliminary Injunction on April 24, 2000.

SIGNED on this the 21st day of April, 2000.

_____
JUDGE PRESIDING