# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Mary Beth Garza

**COURT RECORDER:** Velma Gano

**LAW CLERK:** Aimee DeSantis

**U.S.C.S.O.:** Richard Aguilar

**U.S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas
FILED
APR 2 4 2000
MICHAEL N. MILBY
CLERK

30.

**DATE:** April 24, 2000   **OPEN:** 2:08   **ADJOURN:** 2:55

**TAPE:** #2

**CIVIL ACTION NUMBER:** C-00-68

Sean W. bnf Marcia W.   **COUNSEL:** Leslie Cassidy

VS.

Corpus Christi I.S.D.   **COUNSEL:** Linda Flores-Resendez

Nueces County, et al.   Walter Douglas Bryan

(✓) Motion Hearing: Case called. Appearances are made. Discussion of motion for permanent injunction. Testimony begins. All parties agree to injunction. Court will follow with written order. Adjourned.