United States District Court
Southern District of Texas
ENTERED

APR 27 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SEAN W. b/n/f MARCIA W. § | |
|     Plaintiff, § | |
| § | 32. |
| V. § | CIVIL ACTION NO. C-00-68 |
| § | |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT, NUECES COUNTY, § | |
| AND STEVE SCHWERIN § | |
|     Defendants. § | |

## AGREED PRELIMINARY INJUNCTION

Came on to be considered Plaintiff's Application for Injunctive Relief. To the extent agreed upon by Plaintiff, Defendant Corpus Christi Independent School District (CCISD) and Defendant Nueces County at the hearing held on April 24, 2000, the Court GRANTS Plaintiff's Application for Injunctive Relief.

The Court hereby enters the following orders:

1. CCISD agrees to abide by the terms and provisions of the Behavior Intervention Plan (BIP). In particular, intervention for Sean W.'s symptomatic behaviors should first redirect in a calm, nonconfrontational manner, and that if intervention is not effective to calm [Sean W.] - the parent should first be called for emergency removal.

2. Nueces County agrees that, in the event that Sean W. is arrested and transported to the Nueces County Juvenile Justice Center, he shall not be subject to a strip

search except upon reasonable suspicion that he is carrying a weapon or illegal contraband.

ENTERED on this the 25st day of April, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

2