IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY 09 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| SEAN W. b/n/f MARCIA W., | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. C-00-068 |
| | § | |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT, NUECES COUNTY, | § | |
| AND STEVE SCHWERIN, | § | |
| CHIEF PROBATION OFFICER | § | |
| Defendants. | § | |

## JOINT MOTION FOR ENTRY OF AGREED ORDER ON DEFENDANT NUECES COUNTY'S MOTION TO DISMISS

TO THE HONORABLE JUDGE OF THE UNITED STATES DISRICT COURT FOR THE SOUTHERN DISTRICT FO TEXAS, CORPUS CHRISTI DIVISION:

COME NOW Plaintiff Sean W. b/n/f Marcia W. and Defendant Nueces County and respectfully file and submit this their Motion for Entry of Agreed Order on Defendant Nueces County's Motion to Dismiss and would show unto this honorable court as follows:

**I.**

Plaintiffs agree to dismiss Defendant Steve Schwerin in his official and individual capacity, without prejudice.

**II.**

Defendant Nueces County agrees to the denial of its motion to dismiss, without prejudice.

WHEREFORE, PREMESIS CONSIDERED, the parties respectfully request the relief sought.

Respectfully submitted,

Les Cassidy
WOOLSEY & CASSIDY, P.C.
500 N. Water Street
1020 Bank of America Center North
Corpus Christi, Texas 78471
(361) 887-2965 office
(361) 887-6521 fax
State Bar No.: 03979270
Federal I.D. No.: 5931

ATTORNEY FOR PLAINTIFF

Walter Bryan
Nueces County Attorney's Office
901 Leopard
Corpus Christi, Texas 78401
(361) 888-0391 office
(361) 888-0577 fax
State Bar No. 03269600
Federal I.D. No. 10961

ATTORNEY FOR DEFENDANTS, NUECES
COUNTY AND STEVE SCHWERIN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded May 9, 2000, by regular mail to:

John Holmgreen
210 S. Carancahus
Corpus Christi, Texas 78401

Linda Flores-Resendez
C.C.I.S.D. – Legal Services
P.O. Drawer 110
Corpus Chrsiti, Texas  78403

_____
Les Cassidy

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SEAN W. b/n/f MARCIA W., | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. C-00-068 |
| | § | |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT, NUECES COUNTY, | § | |
| AND STEVE SCHWERIN, | § | |
| CHIEF PROBATION OFFICER | § | |
| Defendants. | § | |

## AGREED ORDER ON DEFENDANT NUECES COUNTY'S MOTION TO DISMISS

Be it remembered that on this day came on for consideration the Motion to Dismiss filed by Defendant Nueces County, Texas. The parties to that motion have represented to the court that the motion has been resolved and request entry of this order. It is therefore ordered that Defendant Nueces County's Motion to Dismiss is DENIED, without prejudice. It is further ordered that Plaintiffs' claims against Defendant Steve Schwerin are dismissed, without prejudice.

So ordered this _____ day of May, 2000.

_____
UNITED STATES DISTRICT JUDGE