United States District Court
Southern District of Texas
ENTERED

MAY 15 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SEAN W. b/n/f MARCIA W., § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. C-00-068 |
| § | |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT, NUECES COUNTY, § | |
| AND STEVE SCHWERIN, § | |
| CHIEF PROBATION OFFICER § | |
| Defendants. § | |

## AGREED ORDER ON DEFENDANT NUECES COUNTY'S
## MOTION TO DISMISS

Be it remembered that on this day came on for consideration the Motion to Dismiss filed by Defendant Nueces County, Texas. The parties to that motion have represented to the court that the motion has been resolved and request entry of this order. ~~It is therefore ordered that Defendant Nueces County's Motion to Dismiss is DENIED, without prejudice.~~ It is further ordered that Plaintiffs' claims against Defendant Steve Schwerin are dismissed, without prejudice.

So ordered this 12th day of May, 2000.

_____
UNITED STATES DISTRICT JUDGE