IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SEAN W. b/n/f MARCIA W. | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. C-00-68 |
| | § | |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT, NUECES COUNTY, | § | |
| AND STEVE SCHWERIN | § | |
|     Defendants. | § | |

## ORDER

Came on to be considered Plaintiff's Unopposed Motion for Leave to Supplement First Amended Original Complaint. After consideration of the Motion, the Court GRANTS Plaintiff's Unopposed Motion for Leave to Supplement First Amended Original Complaint.

ENTERED on this the 13rd day of June, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE