IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN 3 0 2000

Michael N. Milby, Clerk

| | |
|---|---|
| SEAN W. b/n/f MARCIA W., § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. C-00-068 |
| § | |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT, NUECES COUNTY, § | |
| and STEVE SCHWERING, CHIEF § | |
| PROBATION OFFICER § | |
| Defendants. § | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW SEAN W., b/n/f MARCIA W., Plaintiff in the above styled and numbered cause, and files this his Motion for Leave to Amend Complaint and would respectfully show the following:

Plaintiff seeks to amend his complaint in order to more clearly establish his claim to injunctive relief and his claim against the Chief Probation Officer for Nueces County, Texas. A copy of the proposed complaint is attached hereto for the Court's review.

### CERTIFICATE OF CONFERENCE

In accordance with the local ruled for the Southern District of Texas, counsel for Plaintiff has consulted with counsel for Defendants. Counsel for Defendants was either opposed to the motion or unavailable.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Sean W., b/n/f Marcia W. requests that this Court grant their Motion for Leave to Amend Complaint, and orders such other and further relief that this Court deems appropriate.

Respectfully submitted,

_____
Les Cassidy
500 North Water Street
1020 Bank of America Center North
Corpus Christi, Texas 78471
(361) 887-2965 office
(361) 887-6521 fax
State Bar No. 03979270
Federal I.D. No. 5931

ATTORNEY IN CHARGE FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded this 30th day of June, 2000, by regular mail to:

Walter Bryan
Nueces County Attorney's Office
901 Leopard Street
Corpus Christi, Texas 78401

Linda Flores-Resendez
C.C.I.S.D. – Legal Services
P.O. Drawer 110
Corpus Chrsiti, Texas 78403

_____
Les Cassidy

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SEAN W. b/n/f MARCIA W., | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-068 |
| | § | |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT, NUECES COUNTY, | § | |
| and STEVE SCHWERING, CHIEF | § | |
| PROBATION OFFICER | § | |
|     Defendants. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

On this _____ day of _____, 2000, came onto be heard the above entitled and numbered cause on the Motion for Leave to Amend Complaint filed by Plaintiff Sean W. b/n/f Marcia W. Having considered the pleadings, the motion, and the response of Defendants, it appears to this Court that Plaintiff's motion should be in all things granted.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Leave to Amend Complaint is GRANTED.

Signed this _____ day of _____, 2000.


_____
UNITED STATES DISTRICT JUDGE