United States District Court
Southern District of Texas
FILED

JUL 11 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SEAN W. B/N/F MARCIA W. | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. C-00-068 |
| CORPUS CHRISTI INDEPENDENT | § |
| SCHOOL DISTRICT, NUECES COUNTY | § |
| AND SHERIFF LARRY OLIVAREZ | § |

**FIRST OBJECTION AND MOTION FOR PROTECTION FROM
SUBPOENA DUCES TECUM IN CONNECTION WITH NOTICES OF
THE DEPOSITIONS OF MR. M. DE LA GARZA AND MR. BEN RIOS**

TO THE HONORABLE JUDGE OF SAID COURT:

Corpus Christi Independent School District (the "District"), defendant and movant, would show the following:

1. The District seeks protection from an overly broad and untimely production request served as a subpoena duces tecum in connection with the depositions of two of its employees. Late on Friday afternoon, July 7, 2000, plaintiff served notices to take the depositions of two witnesses who were the District's employees at the time of the underlying events, Officer M. De La Garza and Mr. Ben Rios, requiring these witnesses to appear for their oral depositions on July 18, 2000, and to bring with them "any and all records relating to the student made the basis of this suit, including notes,

FIRST OBJECTION AND MOTION FOR PROTECTION FROM
SUBPOENA DUCES TECUM IN CONNECTION WITH NOTICES OF THE
DEPOSITIONS OF MR. M. DE LA GARZA AND MR. BEN RIOS

221102.1/JCH/527



memoranda, student's file, reports, grades, etc." This document production request is unreasonably broad, fails to describe each item or category of items with reasonable particularity and fails to follow the procedure of Fed. R. Civ. P. 34(b). Fed. R. Civ. P. 30(b)(5).

    2. The District and plaintiff have already produced or otherwise exchanged a large number of documents that served as exhibits to the "Due Process Hearing," incident to plaintiff's application for review of the rights and remedies claimed by Sean W. under the Individuals with Disabilities Education Act. The plaintiff's current document request is unbounded as to time or subject matter and probably includes documents which, if plainly identified, would be subject to the protection of one or more privileges or exemptions from production. This over-breath and untimeliness entitle the District to the Court's protection.

    WHEREFORE, PREMISES CONSIDERED, Corpus Christi Independent School District, a defendant, prays that its Motion be granted and that it receive all other and further relief to which it may show, deem, or allege itself entitled.

FIRST OBJECTION AND MOTION FOR PROTECTION FROM
SUBPOENA DUCES TECUM IN CONNECTION WITH NOTICES OF THE
DEPOSITIONS OF MR. M. DE LA GARZA AND MR. BEN RIOS

2

221102.1/JCH/527

Respectfully submitted,

*[signature]*

John C. Holmgreen, Jr.
Federal I.D. No. 299
State Bar No. 09913500
Attorney-in-Charge for Corpus Christi
  Independent School District
P. O. Box 2888
Corpus Christi, Texas 78403-2888
(361) 884-1961  FAX (361) 889-5100

OF COUNSEL:
GARY, THOMASSON, HALL & MARKS
Professional Corporation

FIRST OBJECTION AND MOTION FOR PROTECTION FROM
SUBPOENA DUCES TECUM IN CONNECTION WITH NOTICES OF THE
DEPOSITIONS OF MR. M. DE LA GARZA AND MR. BEN RIOS

3

221102.1/JCH/527

## CERTIFICATE OF CONFERENCE

I certify that I have attempted to consult with the parties affected by the relief herein sought and that no agreement could be reached concerning this relief.

_____
John C. Holmgreen, Jr.

## NOTICE OF MOTION

Please take notice that the preceding First Objection and Motion for Protection from Subpoena Duces Tecum in Connection with Notices of the Depositions of Mr. M. De La Garza and Mr. Ben Rios will be submitted to the Court within not fewer than ten (10) days of the date of this service or at such other time as required by the expedient administration of justice.

_____
John C. Holmgreen, Jr.

FIRST OBJECTION AND MOTION FOR PROTECTION FROM
SUBPOENA DUCES TECUM IN CONNECTION WITH NOTICES OF THE
DEPOSITIONS OF MR. M. DE LA GARZA AND MR. BEN RIOS

4

221102.1/JCH/527

## CERTIFICATE OF SERVICE

      I certify that on July 10, 2000, a complete and correct copy of the First Objection and Motion for Protection from Subpoena Duces Tecum in Connection with Notices of the Depositions of Mr. M. De La Garza and Mr. Ben Rios was served on each party by delivery to the following attorneys of record in the manner stated below:

**VIA FACSIMILE TRANSMISSION:**

    **FAX NO. 887-6521**
    Mr. Les Cassidy
    Woolsey & Cassidy
    500 N. Water Street
    1020 Bank of American Center North
    Corpus Christi, TX 78471

_____
John C. Holmgreen, Jr.

FIRST OBJECTION AND MOTION FOR PROTECTION FROM
SUBPOENA DUCES TECUM IN CONNECTION WITH NOTICES OF THE
DEPOSITIONS OF MR. M. DE LA GARZA AND MR. BEN RIOS

5

221102.1/JCH/527

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SEAN W. B/N/F MARCIA W. | § |
| | § |
| VS. | § |
| | §   CIVIL ACTION NO. C-00-068 |
| CORPUS CHRISTI INDEPENDENT | § |
| SCHOOL DISTRICT, NUECES COUNTY | § |
| AND SHERIFF LARRY OLIVAREZ | § |

**ORDER RULING UPON THE FIRST OBJECTION AND
MOTION FOR PROTECTION FROM SUBPOENA
DUCES TECUM IN CONNECTION WITH NOTICES OF THE
DEPOSITIONS OF MR. M. DE LA GARZA AND MR. BEN RIOS**

  Having heard and considered all things necessary for a ruling upon the First Objection and Motion for Protection from Subpoena Duces Tecum in Connection with Notices of the Depositions of Mr. M. De La Garza and Mr. Ben Rios, it is hereby ORDERED as follows:

  1. That the First Objection and Motion for Protection from Subpoena Duces Tecum in Connection with Notices of the Depositions of Mr. M. De La Garza and Mr. Ben Rios is hereby GRANTED; and

  2. That Plaintiff's Notices of Intention to Take Audio/Video Deposition of Officer M. De La Garza Subpoena Duces Tecum and Plaintiff's Notice of Intention to Take Audio/Video Deposition of Ben Rios Subpoena Duces Tecum are hereby QUASHED.

ORDER RULING UPON THE FIRST OBJECTION AND MOTION FOR
PROTECTION FROM SUBPOENA DUCES TECUM IN CONNECTION
WITH NOTICES OF THE DEPOSITIONS OF MR. M. DE LA GARZA
AND MR. BEN RIOS

221107.1/JCH/527

SIGNED on this the _____ day of July, 2000.

_____
JUDGE PRESIDING

ORDER RULING UPON THE FIRST OBJECTION AND MOTION FOR
PROTECTION FROM SUBPOENA DUCES TECUM IN CONNECTION
WITH NOTICES OF THE DEPOSITIONS OF MR. M. DE LA GARZA
AND MR. BEN RIOS

2

221107.1/JCH/527