IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SEAN W. b/n/f MARCIA W. § | |
| § | |
| VS. § | |
| § C.A. NO. C-00-068 | |
| CORPUS CHRISTI § | |
| INDEPENDENT SCHOOL DISTRICT, § | |
| NUECES COUNTY, AND STEVE § | |
| SCHWERIN, CHIEF PROBATION § | |
| OFFICER § | |

United States District Court
Southern District of Texas
FILED

JUL 11 2000

Michael N. Milby, Clerk

### PLAINTIFFS' RESPONSE TO DEFENDANT CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S MOTION FOR PROTECTION FROM SUBPOENA DUCES TECUM

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

COMES NOW Sean W. b/n/f Marcia W, and respectfully file and submit this Response to Defendant's objection to discovery and would show unto this honorable Court as follows:

1. Defendant's motion was filed without consultation with opposing counsel.

2. Counsel for Plaintiff attempted to contact counsel for Defendant by phone on Monday, July 10, 2000, and Tuesday, July 11, 2000, to discuss resolving the objections, but was unable to reach Defendant's counsel.

3. The standing order of this Court is that discovery motions will not be filed, but that, after consultation, if the parties are not able to reach an agreement, an informal discovery conference may be had with the Court at any time, anywhere.

Page 1

4.  Plaintiff requests that the objection be stricken until such time that the local rules and practices of this Court have been complied with by all parties.

Respectfully submitted

_____
Les Cassidy
State Bar No. 03979270
Federal ID 5931

ATTORNEY FOR PLAINTIFF,
SEAN W. bnf MARCIA W.

OF COUNSEL:

Woolsey & Cassidy, P.C.
1020 Bank of America
500 N. Water Street
Corpus Christi, Texas 78471
361/887-2965 - Phone
361/887-6521 - Fax

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was forwarded July 11, 2000, by fax and U.S. Mail, return receipt requested, to:

Linda Flores Resendez
Corpus Christi ISD
P.O. Drawer 110
Corpus Christi, Texas  78403-0110

Walter Bryan
Nueces County Attorneys Office
901 Leopard, Room 206
Corpus Christi, Texas  78401

John C. Holmgreen, Jr.
Gary, Thomasson, Hall & Marks, P.C.
210 S. Carancahua
Corpus Christi, Texas  78403

_____
Les Cassidy

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SEAN W. b/n/f MARCIA W. | § |
| | § |
| VS. | § |
| | § C.A. NO. C-00-068 |
| CORPUS CHRISTI | § |
| INDEPENDENT SCHOOL DISTRICT, | § |
| NUECES COUNTY, AND STEVE | § |
| SCHWERIN, CHIEF PROBATION | § |
| OFFICER | § |

## ORDER DENYING
## CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S
## MOTION FOR PROTECTION FROM SUBPOENA
## DUCES TECUM IN CONNECTION WITH NOTICES OF THE DEPOSITIONS
## OF MR. M. DE LA GARZA AND MR. BEN RIOS

CAME ON THIS DAY Corpus Christi Independent School District's Motion for Protection from Subpoena Duces Tecum in Connection with Notices of the Depositions of Mr. M. De La Garza and Mr. Ben Rios.

This Court having considered the same has determined the motion is **DENIED**.

Signed this _____ day of July, 2000.

_____
U.S. DISTRICT JUDGE