# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 14 2000

MICHAEL N. MILBY, CLERK

Sean W., bnf Marcia W.                          **NOTICE**

V.

Corpus Christi I. S. D., et al                  CASE NUMBER: C-00-68

TYPE OF CASE:        __X__ CIVIL            ____ CRIMINAL

## YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:

### JUDGE JANIS GRAHAM JACK

United States Courthouse
3rd Floor Courtroom
521 Starr Street
Corpus Christi, Texas 78401

On       Friday, July 28, 2000          at          10:00 a.m.

## PURPOSE OF PROCEEDING:

___ Initial Pretrial Conference                    _X_ Motion Hearing
    Note: Client(s) are not required to appear         (For Leave to Amend Complaint)

___ Jury Selection and Trial                       ___ Show Cause Hearing

___ Re-Arraignment                                 ___ Sentencing

___ Other:_____                  ___ Revocation Hearing

Michael N. Milby, Clerk

By Deputy: Myra Orta Alfano                        July 14, 2000

cc: Leslie D. Cassidy
    Linda Flores-Resendez
    John C. Holmgreen, Jr.
    Walter D. Bryan

41.