United States District Court
Southern District of Texas
FILED

JUL 20 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SEAN W. B/N/F MARCIA W. | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. C-00-068 |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT, NUECES COUNTY | § | |
| AND SHERIFF LARRY OLIVAREZ | § | |

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S UNOPPOSED MOTION
FOR LEAVE TO WITHDRAW FIRST OBJECTION AND MOTION FOR
PROTECTION FROM SUBPOENA DUCES TECUM IN CONNECTION WITH
NOTICES OF DEPOSITIONS OF M. DE LA GARZA AND B. RIOS

TO THE HONORABLE JUDGE OF SAID COURT:

Corpus Christi Independent School District, a defendant, in support of its

Motion, would show the following:

1.      Since the time of this defendant's filing of its First Objection and

Motion for Protection from Subpoena Duces Tecum in Connection With Notices of

Depositions of M. De La Garza and B. Rios, the parties have been able to adjust their

schedules and otherwise to resolve the contentions therein raised.

2.      Accordingly, Corpus Christi Independent School District moves the

Court for leave to withdraw its First Objection and Motion for Protection from Subpoena

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S
UNOPPOSED MOTION FOR LEAVE TO WITHDRAW FIRST
OBJECTION AND MOTION FOR PROTECTION FROM SUBPOENA
DUCES TECUM IN CONNECTION WITH NOTICES OF DEPOSITIONS
OF M. DE LA GARZA AND B. RIOS

221517.1/JCH/427

42.

Duces Tecum in Connection With Notices of Depositions of M. De La Garza and B. Rios.

WHEREFORE, PREMISES CONSIDERED, Corpus Christi Independent School District, a defendant, prays that its Motion be granted and that it receive all other and further relief to which it may show, deem, or allege itself entitled.

Respectfully submitted,

John C. Holmgreen, Jr.
Federal I.D. No. 299
State Bar No. 09913500
Attorney-in-Charge for Corpus Christi
   Independent School District
P. O. Box 2888
Corpus Christi, Texas  78403-2888
(361) 884-1961  FAX (361) 889-5100

OF COUNSEL:
GARY, THOMASSON, HALL & MARKS
Professional Corporation

## CERTIFICATE OF CONSULTATION

I certify that I have consulted with all parties affected by the relief herein sought and that no party opposes the relief herein sought.

John C. Holmgreen, Jr.

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S
UNOPPOSED MOTION FOR LEAVE TO WITHDRAW FIRST
OBJECTION AND MOTION FOR PROTECTION FROM SUBPOENA
DUCES TECUM IN CONNECTION WITH NOTICES OF DEPOSITIONS
OF M. DE LA GARZA AND B. RIOS

## NOTICE OF MOTION

Please take notice that the preceding Motion will be submitted to the Court within not more than ten (10) days from the date of its filing or at such other time as required by the expedient administration of justice.

---

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S
UNOPPOSED MOTION FOR LEAVE TO WITHDRAW FIRST
OBJECTION AND MOTION FOR PROTECTION FROM SUBPOENA
DUCES TECUM IN CONNECTION WITH NOTICES OF DEPOSITIONS
OF M. DE LA GARZA AND B. RIOS

3

ClibPDF - www.fastio.com

# CERTIFICATE OF SERVICE

I certify that on July 19, 2000, a complete and correct copy of <u>Corpus Christi</u> <u>Independent School District's Unopposed Motion for Leave to Withdraw First Objection</u> <u>and Motion for Protection From Subpoena Duces Tecum in Connection With Notices of</u> <u>Depositions of M. De La Garza and B. Rios</u> was served on each party by delivery to the following attorneys of record in the manner indicated below:

## FACSIMILE TRANSMISSION:

<u>FAX Transmittal No. 887-6521</u>
Mr. Les Cassidy
Woolsey & Cassidy
500 N. Water Street
1020 Bank of American Center North
Corpus Christi, TX 78471

## REGULAR U.S. MAIL:

Mr. Walter Bryan
Assistant County Attorney
901 Leopard St., Room 207
Second Floor, Nueces County Courthouse
Corpus Christi TX 78401-3680

_____
John C. Holmgreen, Jr.

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S
UNOPPOSED MOTION FOR LEAVE TO WITHDRAW FIRST
OBJECTION AND MOTION FOR PROTECTION FROM SUBPOENA
DUCES TECUM IN CONNECTION WITH NOTICES OF DEPOSITIONS
OF M. DE LA GARZA AND B. RIOS

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

SEAN W. B/N/F MARCIA W. §
§
VS. §
§   CIVIL ACTION NO. C-00-068
§
CORPUS CHRISTI INDEPENDENT §
SCHOOL DISTRICT, NUECES COUNTY§
AND SHERIFF LARRY OLIVAREZ §

ORDER RULING UPON CORPUS CHRISTI INDEPENDENT SCHOOL
DISTRICT'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW FIRST
OBJECTION AND MOTION FOR PROTECTION FROM SUBPOENA DUCES
TECUM IN CONNECTION WITH NOTICES OF
DEPOSITIONS OF M. DE LA GARZA AND B. RIOS

Having heard and considered all things necessary for a ruling upon the

Corpus Christi Independent School District's Unopposed Motion for Leave to Withdraw

First Objection and Motion for Protection From Subpoena Duces Tecum in Connection

With Notices of Depositions of M. De La Garza and B. Rios it is hereby ORDERED, as

follows:

      1.     That the Corpus Christi Independent School District's Unopposed

Motion for Leave to Withdraw First Objection and Motion for Protection From

Subpoena Duces Tecum in Connection With Notices of Depositions of M. De La Garza

and B. Rios is hereby GRANTED; and

---

ORDER RULING UPON CORPUS CHRISTI INDEPENDENT SCHOOL
DISTRICT'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW
FIRST OBJECTION AND MOTION FOR PROTECTION FROM
SUBPOENA DUCES TECUM IN CONNECTION WITH NOTICES OF
DEPOSITIONS OF M. DE LA GARZA AND B. RIOS

221517.1/JCH/427

2.     That Corpus Christi Independent School District, a defendant, is hereby granted leave to withdraw its First Objection and Motion for Protection from Subpoena Duces Tecum in Connection With Notices of Depositions of M. De La Garza and B. Rios.

SIGNED on this the _____ day of _____, 2000.

_____
JUDGE PRESIDING

ORDER RULING UPON CORPUS CHRISTI INDEPENDENT SCHOOL
DISTRICT'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW
FIRST OBJECTION AND MOTION FOR PROTECTION FROM
SUBPOENA DUCES TECUM IN CONNECTION WITH NOTICES OF
DEPOSITIONS OF M. DE LA GARZA AND B. RIOS

2