United States District Court
Southern District of Texas
FILED

JUL 25 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SEAN W. b/n/f MARCIA W., | § | |
|    Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-068 |
| | § | |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT, NUECES COUNTY, | § | |
| and STEVE SCHWERIN, CHIEF | § | |
| PROBATION OFFICER | § | |
|    Defendants. | § | |

## NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND PLEADINGS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Les Cassidy, attorney for Plaintiff, and respectfully files and submits this Plaintiffs' Notice of Non-Opposition to Amend Plaintiffs' Pleadings and would show this honorable Court as follows:

1. This case is set for hearing on Plaintiffs' Motion for Leave to Amend for Friday, July 28, 2000 at 10:00 a.m.

2. Counsel for Plaintiffs hereby certifies that he spoke with Walter Bryan, counsel for Nueces County, Linda Flores-Resendez, counsel for Corpus Christi Independent School District, and John Holmgreen, counsel for Corpus Christi Independent School District, by telephone conference on Tuesday, July 25, 2000. It was confirmed that Plaintiff's Motion is not opposed except that Plaintiffs agree to file a third Amended Petition to clarify that Defendant Steve Schwerin is not sued in his individual capacity. Plainitffs' Third Amended Petition is submitted herewith.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the hearing set for 10:00 a.m. on Friday, July 28, 2000, be cancelled.

Respectfully submitted,

_____
Les Cassidy
500 North Water Street
1020 Bank of America Center North
Corpus Christi, Texas 78471
(361) 887-2965 office
(361) 887-6521 fax
State Bar No. 03979270
Federal I.D. No. 5931

ATTORNEY IN CHARGE FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded this 25th day of July, 2000, by regular mail to:

Walter Bryan
Nueces County Attorney's Office
901 Leopard Street
Corpus Christi, Texas 78401

John Holmgreen
210 S. Carancahua
Corpus Christi, Texas 78401

Linda Flores-Resendez
C.C.I.S.D. – Legal Services
P.O. Drawer 110
Corpus Chrsiti, Texas 78403

_____
Les Cassidy

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SEAN W. b/n/f MARCIA W., <br> Plaintiff, <br><br> vs. <br><br> CORPUS CHRISTI INDEPENDENT <br> SCHOOL DISTRICT, NUECES COUNTY, <br> and STEVE SCHWERIN, CHIEF <br> PROBATION OFFICER <br> Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. C-00-068 |

## ORDER GRANTING PLAINTIFFS' LEAVE TO FILE THIRD AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Be it remembered that on this day came on for consideration the Motion of Plaintiffs' for Leave to Amend. This Court having considered the same has been advised that Plaintiff's Motion is not opposed and therefore Plaintiffs are granted to leave to file their Third Amended Original Complaint.

Signed this _____ day of July, 2000.

_____
UNITED STATES DISTRICT JUDGE