United States District Court
Southern District of Texas
ENTERED
JUL 27 2000
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SEAN W. B/N/F MARCIA W. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. C-00-068 |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT, NUECES COUNTY § | |
| AND SHERIFF LARRY OLIVAREZ § | |

**ORDER RULING UPON CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW FIRST OBJECTION AND MOTION FOR PROTECTION FROM SUBPOENA DUCES TECUM IN CONNECTION WITH NOTICES OF <u>DEPOSITIONS OF M. DE LA GARZA AND B. RIOS</u>**

Having heard and considered all things necessary for a ruling upon the Corpus Christi Independent School District's Unopposed Motion for Leave to Withdraw First Objection and Motion for Protection From Subpoena Duces Tecum in Connection With Notices of Depositions of M. De La Garza and B. Rios it is hereby ORDERED, as follows:

    1.    That the Corpus Christi Independent School District's Unopposed Motion for Leave to Withdraw First Objection and Motion for Protection From Subpoena Duces Tecum in Connection With Notices of Depositions of M. De La Garza and B. Rios is hereby GRANTED; and

---

ORDER RULING UPON CORPUS CHRISTI INDEPENDENT SCHOOL
DISTRICT'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW
FIRST OBJECTION AND MOTION FOR PROTECTION FROM
SUBPOENA DUCES TECUM IN CONNECTION WITH NOTICES OF
DEPOSITIONS OF M. DE LA GARZA AND B. RIOS

221517.1/JCH/427

2. That Corpus Christi Independent School District, a defendant, is hereby granted leave to withdraw its First Objection and Motion for Protection from Subpoena Duces Tecum in Connection With Notices of Depositions of M. De La Garza and B. Rios.

SIGNED on this the 27th day of July, 2000.

_____
JUDGE PRESIDING

ORDER RULING UPON CORPUS CHRISTI INDEPENDENT SCHOOL
DISTRICT'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW
FIRST OBJECTION AND MOTION FOR PROTECTION FROM
SUBPOENA DUCES TECUM IN CONNECTION WITH NOTICES OF
DEPOSITIONS OF M. DE LA GARZA AND B. RIOS