UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 27 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| Sean W. b/n/f Marcha W. | § | |
| VS. | § | CIVIL ACTION NO. C-00-68 |
| Corpus Christi Independent School District, et. al. | § | |

## ORDER STRIKING PLEADING (S)

The clerk has filed your **First Objection and Motion for Protection from Subpoena Duces Tecum in Connection with Notices of the Depositions of Mr. M. De La Garza and Mr. Ben Rios** however, it is deficient in the area (s) checked below:

1. \_\_\_ Pleading is not signed. (LR11.3)

2. \_\_\_ Pleading is not in compliance with LR11.3.A(1) through (6)

3. \_\_\_ Caption of the pleading is incomplete (LR10.1)

4. \_\_\_ No certificate of service, or explanation why service is not required (LR5.4)

5. \_\_\_ No statement re conference w/opposing counsel (LR7.1D)

6. \_\_\_ Separate proposed order not attached (LR7.1C)

7. \_\_\_ Motion to consolidate is not in compliance with LR7.6

8. **X** Other: **No prior telephonic permission** *to file discovery motion*

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: 7-27-00
(Re: D.E. #39)/smw

_____
JUDGE PRESIDING