IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 - 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SEAN W. b/n/f MARCIA W., § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. C-00-068 |
| § | |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT, NUECES COUNTY, § | |
| and STEVE SCHWERING, CHIEF § | |
| PROBATION OFFICER § | |
| Defendants. § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

On this 29th day of July, 2000, came onto be heard the above entitled and numbered cause on the Motion for Leave to Amend Complaint filed by Plaintiff Sean W. b/n/f Marcia W. Having considered the pleadings, the motion, and the response of Defendants, it appears to this Court that Plaintiff's motion should be in all things granted.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Leave to Amend Complaint is GRANTED.

Signed this 29th day of July, 2000.

_____
UNITED STATES DISTRICT JUDGE