United States District Court
Southern District of Texas
FILED

AUG 1 8 2000

Michael N. Milby, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SEAN W. b/n/f | § | |
| MARCIA W. | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. C-00-068 |
| | § | Jury |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT, NUECES | § | |
| COUNTY and STEVE SCHWERIN | § | |
| Defendants. | § | |

## PLAINTIFF'S FIRST DESIGNATION OF EXPERT WITNESSES AND PERSONS WHO WILL PROVIDE OPINION TESTIMONY

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

COMES NOW Sean W. b/n/f Marcia W. and respectfully files and submits this his Designation of Expert Witnesses, including Persons who may otherwise provide opinion testimony under Federal Rules of Evidence 701, et seq., as follows:

Dr. Mario Quintanilla (not retained)

5866 South Staples Street

Corpus Christi, Texas 78413

Phone:  361.993.4793

Dr. Quintanilla has treated the Plaintiff for psychiatric care for the past seven years.   He is expected to testify as to the mental and psychiatric diagnosis of Plaintiff, associated symptoms and behaviors of his disabilities, diagnosis, prognosis, causation, past and future medical care, reasonable and necessary costs thereof, including usual and customary charges.

Mr. Leslie D. Cassidy

500 N. Water Street – Suite 400

Corpus Christi, Texas 78471

361.887.2965

Mr. Cassidy will testify as to the reasonable attorney fees charged in this case and the previous due process hearing, at the rate of $125.00 (One Hundred Twenty-five dollars and no/100) per hour, in addition to usual and customary charges, and necessary legal work.

Marcia and Steven West

5966 Cinnamon Oaks Drive

Corpus Christi, Texas 78417

Phone: 361.993-2646

They are the parents of Plaintiff and will testify to facts and information with regard to the Plaintiff, the Defendants, and the causes of action made the basis of this case.

Dr. David Hirschman

719 North Shoreline, Suite 400

Corpus Christi, Texas 78401

Phone: 361.887.5330

Dr. Hirschman is a Licensed Pediatric Psychologist who has evaluated and counseled the Plaintiff. He will testify to the mental and psychological diagnosis of the Plaintiff. Dr. Hirschman will also testify as to the sensitivities and trauma that Plaintiff suffered and any long term affects to the Plaintiff, which was caused by the arrest, strip search, confinement and other adverse treatment of the Plaintiff on March 3, 1999, which

2

may result in long-term problems or needs by the Plaintiff. He will also testify as to

reasonable and necessary care and counseling received by the Plaintiff, past and future,

and the usual and customary charges thereof.

Mr. and Mrs. Julius Zdansky

Rt. 3, Box 372

Corpus Christi, Texas 78415

361.855.1002

     Mr. and/or Mrs. Julius Zdansky will testify as to the trauma, adverse affects, and

lasting problems or needs of their child who was similarly treated as the Plaintiff.

Respectfully submitted,

BY:_____

Les Cassidy
WOOLSEY & CASSIDY, P.C.
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471
State Bar No.  03979270
Federal I.D. No.  5931

ATTORNEY-IN-CHARGE FOR PLAINTIFF

## CERTIFICATE OF SERVICE

     I hereby certify that on the ____ day of _____, 2000, a true and correct

copy of the foregoing was forwarded by certified mail to:

**SENT BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED:**

Mr. Walter Bryan
Chief of Litigation
Nueces County
901 Leopard Street, Rm. 207
Corpus Christi, Texas 78401-3680

3

Ms. Linda Flores-Resendez
Attorney – CCISD
Corpus Christi Independent School District
801 Leopard Street
Corpus Christi, Texas 78403

Mr. John C. Holmgreen, Jr.
Attorney at Law
Gary, Thomasson, Hall and Marks
P.O. Box 3888
Corpus Christi, Texas 78403

Les Cassidy

4

ClibPDF - www.fastio.com