# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **SEAN W. b/n/f/ MARCIA W.** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. C-00-068** |
| | § | |
| | § | |
| **CORPUS CHRISTI INDEPENDENT** | § | |
| **SCHOOL DISTRICT, NUECES** | § | United States District Court |
| **COUNTY,** | § | Southern District of Texas |
| **AND STEVE SCHERWIN, CHIEF** | § | FILED |
| **PROBATION OFFICER** | § | |
| | § | **AUG 2 1 2000** |
| **DEFENDANTS** | § | |
| | § | Michael N. Milby, Clerk |

## DEFENDANTS' DESIGNATION OF EXPERT WITNESSES AND PERSONS WHO WILL PROVIDE OPINION TESTIMONY

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Nueces County and Steve Scherwin, Chief Probation Officer,

Respectfully files and submits this their Designation of Expert Witnesses,

including Persons who may otherwise provide opinion testimony under Federal

Rules of Evidence 701, et seq., as follows:

Experts of Juvenile Detention and Correction Facility:

1.  Steve Schwerin
    Chief Probation Officer
    2310 Gollihar
    Corpus Christi, Texas 78415
    361-855-7303

Mr. Schwerin will testify to the facts of this case and has

expertise in juvenile detention and juvenile correction procedures.

CutePDF - www.tesio.com

2.    Jay Raveling
      Assistant Chief for Detention Services
      2310 Gollihar
      Corpus Christi, Texas  78415
      361-855-7303

      Mr. Raveling will testify to the facts of this case and has

expertise in juvenile detention and juvenile correction procedures.

3.    Mike Griffiths
      Chief Juvenile Probation Officer
      Of Dallas County
      Henry Wade Juvenile Justice Center
      2600 Lone Star Drive
      Box  5
      Dallas, Texas  78212
      214-698-2223

      Mr. Griffiths, will testify to juvenile detention and

correction policies and procedures and their appropriateness in the

case at bar.

                         Respectfully submitted,

                         **LAURA GARZA JIMENEZ**
                         **NUECES COUNTY ATTORNEY**

                         Walter Bryan
                         Assistant County Attorney
                         901 Leopard, Room 207
                         Corpus Christi, Texas  78401
                         Phone No.    361-888-0391
                         Fax No.      361-888-0577
                         State Bar No. 03269600
                         Federal Bar No.  10961

## CERTIFICATE OF SERVICE

I hereby certify that on this __21__ day of  August,  2000, this

document was served on the following by the method indicated:

Walter Bryan

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**Z# 7099 3220 0006 7842 7839**
**Les Cassidy**
**Woolsey and Cassidy, P.C.**
**1020 Bank of America Center North**
**500 North Water Street**
**Corpus Christi, Texas  78471**

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**Z# 7099 3220 0006 7842 7846**
**Linda Flores Resendez**
**Attorney at Law**
**Corpus Christi Independent School District**
**801 Leopard St.**
**Corpus Christi, Texas  78403**

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**Z# 7099 3220 0006 7842 7853**
**John C. Holmgreen, Jr.**
**Attorney at Law**
**Gary, Thomasson, Hall and Marks**
**P. O. Box 3888**
**Corpus Christi, Texas  78403**