IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

SEP 18 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| SEAN W. B/N/F MARCIA W. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. C-00-068 |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT, NUECES COUNTY § | |
| AND SHERIFF LARRY OLIVAREZ § | |

## UNOPPOSED MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE

TO THE HONORABLE JUDGE OF SAID COURT:

Corpus Christi Independent School District (the "District"), a defendant, in support of its Motion, would show the following:

1. The District moves for an extension of the deadline for filing of dispositive motions so that it falls after the time for completion of discovery. At present, the deadline for filing dispositive motions is September 15, 2000, although the deadline for completion of discovery is September 29, 2000.

2. Accordingly, the District moves for a modification of paragraph 4 of this Court's Scheduling Order of April 11, 2000, to set the deadline for filing dispositive motions on October 6, 2000.

UNOPPOSED MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE

224274.1/JCH/427

WHEREFORE, premises considered, Corpus Christi Independent School District, a defendant, prays that its Motion be granted and to receive all other and further relief to which it may show, deem, or allege itself entitled.

Respectfully submitted,

John C. Holmgreen, Jr.
Federal I.D. No. 299
State Bar No. 09913500
Attorney-in-Charge for Corpus Christi
 Independent School District
P. O. Box 2888
Corpus Christi, Texas 78403-2888
(361) 884-1961  FAX (361) 889-5100

OF COUNSEL:
GARY, THOMASSON, HALL & MARKS
Professional Corporation

## CERTIFICATE OF CONSULTATION

I certify that I have consulted with all of the parties who will be affected by the relief herein sought and that no party opposes this relief.

_____
John C. Holmgreen, Jr.

## NOTICE OF MOTION

Please take notice that the preceding Motion will be submitted to the District Court within not fewer than ten (10) days from the date of service or at such other time as required by the expedient administration of justice.

_____
John C. Holmgreen, Jr.

UNOPPOSED MOTION FOR EXTENSION OF DISPOSITIVE MOTION
DEADLINE

3

## CERTIFICATE OF SERVICE

I certify that on September 15, 2000, a complete and correct copy of **UNOPPOSED MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE** was served on each party by delivery to the following attorneys of record in the manner indicated below:

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED:**

<u>Certified Mail, RRR No. P 924 999 461</u>
Mr. Les Cassidy
Woolsey & Cassidy
500 N. Water Street
1020 Bank of American Center North
Corpus Christi, TX 78471

<u>Certified Mail, RRR No. P 924 999 462</u>
Mr. Walter Bryan
Assistant County Attorney
901 Leopard St., Room 207
Second Floor, Nueces County Courthouse
Corpus Christi TX 78401-3680

_____
John C. Holmgreen, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SEAN W. B/N/F MARCIA W. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. C-00-068 |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT, NUECES COUNTY § | |
| AND SHERIFF LARRY OLIVAREZ § | |

## ORDER RULING UPON UNOPPOSED MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE

Having heard and considered all things necessary for a ruling upon the Unopposed Motion for Extension of Dispositive Motion Deadline, it is hereby ORDERED as follows:

1. That the Unopposed Motion for Extension of Dispositive Motion Deadline is hereby GRANTED; and

2. That paragraph 4 of this Court's Scheduling Order of April 11, 2000, is amended as follows: Except for good cause shown, the deadline for filing dispositive motions is October 6, 2000.

SIGNED on this the _____ day of _____, 2000.

_____
JUDGE PRESIDING