UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 26 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| Sean W. b/n/f Marcia W. | § | |
| VS. | § | CIVIL ACTION NO. C-00-68 |
| Corpus Christi Independent School District, et. al. | § | |

## ORDER STRIKING PLEADING (S)

The clerk has filed your <u>Corpus Christi Independent School District's First Unopposed Motion for Leave to File First Amended Answer</u> however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed. (LR11.3)

2. ___ Pleading is not in compliance with LR11.3.A(1) through (6)

3. ___ Caption of the pleading is incomplete (LR10.1)

4. ___ No certificate of service, or explanation why service is not required (LR5.4)

5. ___ No statement re conference w/opposing counsel (LR7.1D)

6. ___ Separate proposed order not attached (LR7.1C)

7. ___ Motion to consolidate is not in compliance with LR7.6

8. _X_ Other: __Exhibit is not tabbed (Refer to Judge Janis Graham Jack's Standing ORder - copy attached).__

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: 9-22-00
(Re: D.E. #51)/smw

JUDGE PRESIDING

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

OCT 17 1997

MICHAEL N. MILBY, CLERK

## ORDER REGARDING CIVIL CASES ASSIGNED TO JANIS GRAHAM JACK, U. S. DISTRICT JUDGE

1. Motions to substitute counsel in cases assigned to this court must include the signatures of the withdrawing counsel, the counsel substituting in and the client. The motion must also include a statement that said substitution will not result in any delays in the case and that the substituting counsel is familiar with the Court's Scheduling Order.

2. Motions to withdraw without a substitution of counsel in cases assigned to this court must include the client's signature, a complete recitation of the Scheduling Order and the client's address and phone number for service.

3. The Clerk of the Court is directed to return, without filing, any motion to substitute or to withdraw that is not in compliance with this Order.

4. All exhibits to motions filed in cases assigned to this court must be tabbed.

ENTERED this _15th_ day of October 1997.

Janis Graham Jack
United States District Judge