IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 26 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| SEAN W. B/N/F MARCIA W. | § |
| | § |
| VS. | § C.A. NO. C-00-068 |
| | § |
| CORPUS CHRISTI INDEPENDENT | § |
| SCHOOL DISTRICT, NUECES COUNTY | § |
| AND SHERIFF LARRY OLIVAREZ | § |

54.

## ORDER DENYING UNOPPOSED MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE

On this day came on to be considered Defendant Corpus Christi Independent School District's Unopposed Motion for Extension of Dispositive Motion Deadline. Defendant Corpus Christi Independent School District's Unopposed Motion for Extension of Dispositive Motion Deadline is hereby DENIED.

ORDERED this 22nd day of September, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE