IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

SEP 29 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| SEAN W. B/N/F MARCIA W. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. C-00-068 |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT, NUECES COUNTY § | |
| AND SHERIFF LARRY OLIVAREZ § | |

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S SECOND
UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Corpus Christi Independent School District, a defendant (the "District"), in support of its Motion, would show the following;

1. The District seeks leave to amend its Answer in order to raise the defenses of sovereign immunity from suit and liability for intentional torts and additional affirmative defenses.

2. Accordingly, the District seeks leave to file its Amended Answer in the form of Exhibit MLF-CCISD-A.

WHEREFORE, PREMISES CONSIDERED, Corpus Christi Independent School District, a defendant, prays that its Motion be granted and that it receive all other and further relief to which it may show, allege, or deem itself entitled.



Respectfully submitted,

_____
John C. Holmgreen, Jr.
Federal I.D. No. 299
State Bar No. 09913500
Attorney-in-Charge for Corpus Christi
  Independent School District
P. O. Box 2888
Corpus Christi, Texas 78403-2888
(361) 884-1961  FAX (361) 889-5100

OF COUNSEL:
GARY, THOMASSON, HALL & MARKS
Professional Corporation

## CERTIFICATE OF CONSULTATION

I certify that I have consulted with the representative of the party affected by the relief sought herein and that the other party does not oppose the Motion.

_____
John C. Holmgreen, Jr.

## NOTICE OF MOTION

Please take notice that the preceding Motion will be submitted to the Court within not more than ten (10) days from the date of its filing or at such other time as required by the expedient administration of justice.

## CERTIFICATE OF SERVICE

I certify that on September 28, 2000, a complete and correct copy of <u>Corpus Christi Independent School District's Second Unopposed Motion for Leave to File First Amended Answer</u> was served on each party by delivery to the following attorneys of record in the manner indicated below:

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED:**

<u>Certified Mail, RRR No. P 924 999 457</u>
Mr. Les Cassidy
Woolsey & Cassidy
500 N. Water Street
1020 Bank of American Center North
Corpus Christi, TX 78471

<u>Certified Mail, RRR No. P 924 999 458</u>
Mr. Walter Bryan
Assistant County Attorney
901 Leopard St., Room 207
Second Floor, Nueces County Courthouse
Corpus Christi TX 78401-3680

_____
John C. Holmgreen, Jr.

A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SEAN W. B/N/F MARCIA W. | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. C-00-068 |
| CORPUS CHRISTI INDEPENDENT | § |
| SCHOOL DISTRICT, NUECES COUNTY | § |
| AND SHERIFF LARRY OLIVAREZ | § |

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S
FIRST AMENDED ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Corpus Christi Independent School District (the "District"), a defendant, in support of its First Amended Answer to Plaintiff's Third Amended Original Complaint, would show the following:

1.  The District admits the allegations contained in paragraphs 1 and 2 of the Third Amended Original Complaint.

2.  The District has no knowledge of the allegations contained in paragraphs 3 and 4 of the Third Amended Original Complaint.

3.  As to the jurisdictional allegations in paragraph 5 of of the Third Amended Original Complaint and subject to its affirmative defenses, the District admits that this Court has jurisdiction of the parties and the claims now before it under 28 U.S.C.A. § 1331.

4. The District admits that venue is proper, as alleged in paragraph 6 of the Third Amended Original Complaint.

5. The District admits that plaintiff made the allegations in paragraphs 7. a, b, and d of the Third Amended Original Complaint in his request for a Special Education Due Process Hearing, but denies these allegations and those contained in paragraph 7c.

6. As to the allegations of paragraph 8 of the Third Amended Original Complaint, the District admits that plaintiff is eligible for special education services under the description or category "Other Health Impaired," but otherwise denies the allegations. The District denies the allegations contained int his paragraph.

7. Except as to plaintiff's status as set forth in paragraph 6, above, the District denies the allegations contained in paragraphs 10 through 12 of paragraph 8 of the Third Amended Original Complaint.

8. The District has no direct knowledge of the allegations contained in paragraphs 13 through 15 of the Third Amended Original Complaint, which concern another party, and therefor can neither admit nor deny them.

9. The District denies that plaintiff is entitled to any permanent injunctive relief.

## Affirmative Defenses

10. Plaintiff has not properly invoked this Court's jurisdiction, because he failed to file this cause of action within 90 days as required by 19 TAC § 89.1185.

11. Plaintiff has failed to state a cause of action upon which relief can be granted under the Rehabilitation Act of 1973, and has not satisfied the administrative requirements thereunder.

12. Plaintiff has failed to state causes of action upon which relief can be granted under the Americans with Disabilities Act.

13. The District asserts the defense of governmental or sovereign immunity. The District is a creature of public law, Act of March 15, 1909, 31st Leg., R.S., Ch. 34, 352-357, as amended by Act of April 30, 1909, 31st Leg., 2d C.S., Ch.7, 770-776, as amended by Act of March 1, 1915, 34th Leg., R.S., Ch.15, 44-50, and is an independent school district and a political subdivision of the State of Texas. The District is entitled to the protection of sovereign or governmental immunity from liability, except to the extent that the legislature has clearly and unambiguously waived that immunity. Tex.Civ.Prac. & Rem. Code §§ 101.001(3), 101.051 (West 1999).

14. The District acted in accordance with 20 U.S.C.A. §1415(k)(9)(A) (West 2000).

WHEREFORE, PREMISES CONSIDERED, the District respectfully prays that this Court render a judgment in favor of the Defendant, Corpus Christi Independent

School District, on all claims asserted and further, deny the Plaintiff any reimbursement for attorney's fees and costs and order such other relief as this Court deems just and proper.

Respectfully submitted,

John C. Holmgreen, Jr.
Federal I.D. No. 299
State Bar No. 09913500
Attorney-in-Charge for Corpus Christi
  Independent School District
P. O. Box 2888
Corpus Christi, Texas 78403-2888
(361) 884-1961  FAX (361) 889-5100

OF COUNSEL:
GARY, THOMASSON, HALL & MARKS
Professional Corporation

# CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____, 2000, a true and correct copy of the above and foregoing pleading was served to the following:

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED:**

<u>Certified Mail, RRR No.</u>
Mr. Les Cassidy
Woolsey & Cassidy
500 N. Water Street
1020 Bank of American Center North
Corpus Christi, TX 78471

<u>Certified Mail, RRR No.</u>
Mr. Walter Bryan
Assistant County Attorney
901 Leopard St., Room 207
Second Floor, Nueces County Courthouse
Corpus Christi TX 78401-3680

_____
John C. Holmgreen, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SEAN W. B/N/F MARCIA W. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. C-00-068 |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT, NUECES COUNTY § | |
| AND SHERIFF LARRY OLIVAREZ § | |

ORDER GRANTING CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S
SECOND UNOPPOSED MOTION FOR LEAVE
TO FILE FIRST AMENDED ANSWER

Having heard and considered all things necessary for a ruling upon the Corpus Christi Independent School District's Second Unopposed Motion for Leave to File First Amended Answer it is hereby ORDERED as follows:

1.  That Corpus Christi Independent School District's Second Unopposed Motion for Leave to File First Amended Answer is hereby GRANTED.

2.  That Corpus Christi Independent School District is hereby granted leave to file its First Amended Answer.

SIGNED on this the _____ day of _____, 2000.

_____
JUDGE PRESIDING

ORDER GRANTING CORPUS CHRISTI INDEPENDENT SCHOOL
DISTRICT'S SECOND UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST AMENDED ANSWER

224778.1/JCH/427