United States District Court
Southern District of Texas
ENTERED

OCT 10 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SEAN W. B/N/F MARCIA W. § | |
| § | |
| VS. § | |
| § CIVIL ACTION NO. C-00-068 | |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT, NUECES COUNTY § | |
| AND SHERIFF LARRY OLIVAREZ § | |

ORDER GRANTING CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S
SECOND UNOPPOSED MOTION FOR LEAVE
TO FILE FIRST AMENDED ANSWER

Having heard and considered all things necessary for a ruling upon the Corpus Christi Independent School District's Second Unopposed Motion for Leave to File First Amended Answer it is hereby ORDERED as follows:

1. That Corpus Christi Independent School District's Second Unopposed Motion for Leave to File First Amended Answer is hereby GRANTED.

2. That Corpus Christi Independent School District is hereby granted leave to file its First Amended Answer.

SIGNED on this the 8th day of October, 2000.

_____
JUDGE PRESIDING

ORDER GRANTING CORPUS CHRISTI INDEPENDENT SCHOOL
DISTRICT'S SECOND UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST AMENDED ANSWER

224778.1/JCH/427