IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 8 2000

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| SEAN W. b/n/f MARCIA W., | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. C-00-068 |
| | § | |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT, NUECES COUNTY, | § | |
| AND STEVE SCHWERIN, | § | |
| CHIEF PROBATION OFFICER | § | |
| Defendants. | § | |

## JOINT REPORT CONCERNING MEDIATION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff and Defendants, and respectfully file and submit this their Joint Report of Mediation and would show as follows:

### I.

The parties proceeded to mediation on the afternoon of Thursday, October 12, 2000 with attorney Michael Elliott serving as the mediator. The mediation progressed well and there was significant discussion concerning settlement of all pending issues. However, the parties agreed to reconvene and continue the mediation for Tuesday, October 24, 2000 with Michael Elliott continuing as mediator. The mediation that was scheduled for October 12, 2000 was a half-day mediation and the parties needed additional time to fully discuss and explore some options.

Respectfully submitted,

_____
Les Cassidy

57-

WOOLSEY & CASSIDY, P.C.
500 N. Water Street
1020 Bank of America Center North
Corpus Christi, Texas 78471
(361) 887-2965 office
(361) 887-6521 fax
State Bar No.: 03979270
Federal I.D. No.: 5931

Attorney-in-Charge for Plaintiff


_Walter Bryan w/ permn Ln Ay_
Walter Bryan
Nueces County Attorney's Office
901 Leopard
Corpus Christi, Texas 78401
(361) 888-0391 office
(361) 888-0577 fax
State Bar No. 03269600
Federal I.D. No. 10961

Attorney-in-Charge for Defendant, Nueces County and Steve Schwerin


_John Holmy w/ pemy Ln Ay_
John Holmgreen
210 S. Carancahua
Corpus Christi, Texas 78401
(361) 884-1961 office
(361) 889-5155 fax
State Bar No. 09913500
Federal I.D. No. 269

Attorneys-in-Charge for Defendant, Corpus Christi Independent School District

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was forwarded by regular mail this 18th day of October, 2000, to:

Walter Bryan
Nueces County Attorney's Office
901 Leopard
Corpus Christi, Texas 78401

John Holmgreen
210 S. Carancahua
Corpus Christi, Texas 78401

Les Cassidy