IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

NOV 07 2000

Michael N. Milby, Clerk

| | |
|---|---|
| SEAN W. B/N/F MARCIA W. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. C-00-068 |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT, NUECES COUNTY § | |
| AND SHERIFF LARRY OLIVAREZ § | |

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S
FIRST SUPPLEMENTAL FED. R. CIV. P. 26 DISCLOSURES

Corpus Christi Independent School District, one of the Defendants in the above-styled cause of action, in accordance with Rule 26, Fed. R. Civ. P., makes the following disclosures:

1. The name, and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:

Bayview Hospital Records Custodian

The custodian may authenticate the hospital's records.

Ms. Marlo Bazan
3141 Quail Springs, #11
Corpus Christi, TX 78414
993-0874

Ms. Bazan will testify about her observations of Sean W. and the events of March 3, 1999.

---

Ms. Kathy Bregenzer
202 Naples
Corpus Christi, TX 78404
882-2197

Ms. Bregenzer was the Baker Middle School special education coordinator and will testify about Sean W.'s conduct and the School District's compliance with IDEA.

Mr. Michael DeLaGarza
3105 Elderberry
Corpus Christi, TX 78415
854-6756

Officer DeLaGarza will testify about his qualification as a District police officer, his law enforcement background, and the events of March 3, 1999.

Mr. Robert J. Garcia
Special Education, CCISD
994-3504

Mr. Garcia is the Director of Special Education with the School District and may testify about the District's special education programs as they concern Sean W.

Ms. Nora Garza
5257 River Oaks
Corpus Christi, TX 78413
878-1420

Ms. Garza was an assistant principal at Baker Middle School during the 1998-1999 school year and may testify about communications with Marcia W. and the District's administration of its special education program at Baker Middle School.

Dr. Adrian Hastings
Corpus Christi Independent School District
801 Leopard
P. O. Drawer 110
Corpus Christi, TX 78403-0110
994-3587

Dr. Hastings, who has not been specially retained by the District, may express opinions concerning Sean W.'s status as a special education student.

Mr. John C. Holmgreen, Jr.
Gary, Thomasson, Hall & Marks
Professional Corporation
P. O. Box 2888
Corpus Christi, Texas  78403-2888
884-1961

Mr. Holmgreen may express an opinion about attorneys' fees.

Ms. Joan Jansen
5525 Gollihar
Corpus Christi, TX 78412
994-3511

Ms. Jansen has knowledge of Sean W.'s current progress.

Ms. Ellen Jones
Substitute Teacher
Baker Middle School
878-1420

Ms. Jones was the teacher in whose classroom the incident began on March 3, 1999, and will testify about the origin and course of the incident.

Ms. Terri Kuddes
Content Mastery Center
Baker Middle School
878-1420

Ms. Kuddes was in charge of Baker Middle School's Content Mastery Center, which Sean W. often attended at times that he could not attend his regular classes. Ms. Kuddes will testify to Sean W.'s performance there.

Mr. Robert Mounts
1022 Brawner Parkway
Corpus Christi, TX 78411
994-5267

Mr. (Coach) Mounts was responsible for the Baker Middle School football program, in which Sean W. participated and can testify about the circumstances of his participation and withdrawal from that program.

Dr. Rajeev Narang
2601 Hospital Boulevard
Corpus Christi, TX 78405
884-2687

Dr. Narang may testify about the conditions for which he has treated Sean W.

Mr. Alfred C. Ortiz
450 Sun Belt Drive
Corpus Christi, Texas 78408
289-9247

Mr. Ortiz is chief of the District's policemen and has knowledge of their organization and assignment to duties.

Mr. Allen Parish
Assistant Principal
Carroll High School
5301 Weber Road
Corpus Christi, TX 78411
853-0151

Mr. Parish was an assistant principal at the Baker Middle School during the 1998-1999 school year and has knowledge of communications with Mrs. W. and Mr. W.

Dr. Mario A. Quintanilla, M.D.
5866 S. Staples
Corpus Christi, TX 78413

Dr. Quintanilla may testify about the conditions for which he has treated Sean W.

Ms. Darla Reid
6506 Downing Street
Corpus Christi, TX 78414
993-7665
Principal, Baker Middle School

Ms. Reid was principal of Baker Middle School during the 1998-1999 school year and has knowledge of Sean W.'s performance.

Mr. Ben Rios
P. O. Box 217
Portland, TX 78374
758-5983

Mr. Rios will testify about his role as Sean W.'s paraprofessional and the events of March 3, 1999.

Ms. Rebecca Sheldon
School Nurse
Baker Middle School
878-1420

Ms. Sheldon was the nurse at Baker Middle School during the 1998-1999 school year and has knowledge of Sean W.'s conduct during that period, because of the amount of time that Sean W. spent in the school clinic.

Dr. John Villarreal, Ph.D.
Corpus Christi Independent School District
801 Leopard
P. O. Drawer 110
Corpus Christi, TX 78403-0110
994-3535

Dr. Villarreal, who has not been specially retained, may express an opinion about Sean W.'s educational progress.

Mr. Dennis Williams
5757 Staples #515
Corpus Christi, TX 78404
Phone 993-4262
Tom Brown Middle School
878-1473

Mr. Dennis Williams has knowledge of Sean W.'s conduct during the 1997-1998 school year.

2. A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:

    a. The District's policies as described in FO (Local) and CKE (Local).

3.  A computation of any category of damages claimed by the disclosing party, making available for inspection and copying of under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

> Not applicable.

4.  For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

> The District's lawyers are endeavoring to make this available for inspection and copying.

Respectfully submitted,

*[signature: John C. Holmgreen, Jr.]*

John C. Holmgreen, Jr.
Federal I.D. No. 299
State Bar No. 09913500
Attorney-in-Charge for Corpus Christi
Independent School District
P. O. Box 2888
Corpus Christi, Texas  78403
(512) 884-1961  FAX (512) 889-5100

OF COUNSEL:
GARY, THOMASSON, HALL & MARKS
Professional Corporation

# CERTIFICATE OF SERVICE

I certify that on November 6, 2000, a complete and correct copy of <u>Corpus Christi Independent School District's First Supplemental Fed. R. Civ. P. 26 Disclosures</u> was served on each party by delivery to the following attorney of record in the manner indicated below:

**CERTIFIED U.S. MAIL, RETURN RECEIPT REQUESTED:**

<u>Certified Mail, RRR No. P 924 999 399</u>
Mr. Les Cassidy
Woolsey & Cassidy
500 N. Water Street
1020 Bank of American Center North
Corpus Christi, TX 78471

<u>Certified Mail, RRR No. P 924 999 400</u>
Mr. Walter Bryan
Assistant County Attorney
901 Leopard St., Room 207
Second Floor, Nueces County Courthouse
Corpus Christi TX 78401-3680

_____
John C. Holmgreen, Jr.