IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

NOV 07 2000

Michael N. Milby, Clerk

| | |
|---|---|
| SEAN W. B/N/F MARCIA W. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. C-00-068 |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT, NUECES COUNTY § | |
| AND SHERIFF LARRY OLIVAREZ § | |

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S
MOTION FOR SEPARATE TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Corpus Christi Independent School District (the "District"), a defendant, in support of its Motion, would show the following:

1. The transactions or occurrences giving rise to plaintiff's claims against the District and Nueces County are separate and distinct.

2. Plaintiff's claims against the District concern the adequacy of the free and appropriate public education guaranteed to him by the Individuals With Disabilities Education Act and his claims that the District took action against him because of his psychological disability in violation of the American With Disabilities Act and the Rehabilitation Act of 1974. The disputed fact issues concerning these claims depend upon evidence from the District's educational, administrative, and law

enforcement employees. There is no basis for a claim (and none has been made) that the District is responsible for the separate conduct of Nueces County.

3.  In contrast to their case against the District, plaintiffs' case against Nueces County involves entirely different witnesses and ultimate fact issues that focus solely on the County's conduct. Because plaintiff's principal damage claims result from Sean W.'s treatment by Nueces County, the introduction of this evidence before the same jury that will decide plaintiff's claims against the District will result in undue prejudice to the District's rights that cannot be cured by instructions from the Court. Under these circumstances, the District is entitled to this Court's order that the claims against it be tried separately from claims against Nueces County, as Rule 42(b) provides.

WHEREFORE, premises considered, Corpus Christi Independent School District, a defendant, prays that its Motion be granted and that it have all other and further relief to which it may show, deem, or allege itself entitled.

Respectfully submitted,

_____
John C. Holmgreen, Jr.
Federal I.D. No. 299
State Bar No. 09913500
Attorney-in-Charge for Corpus Christi
Independent School District
P. O. Box 2888
Corpus Christi, Texas  78403
(512) 884-1961  FAX (512) 889-5100

OF COUNSEL:
GARY, THOMASSON, HALL & MARKS
Professional Corporation

## CERTIFICATE OF CONSULTATION

I certify that I have consulted with all parties who would be affected by the relief herein sought and that these parties cannot agree to the relief sought.

_____
John C. Holmgreen, Jr.

## NOTICE OF MOTION

Please take notice that this Motion will be submitted to the District Court within not fewer than ten (10) days from service or by such other time as required by the expedient administration of justice.

_____
John C. Holmgreen, Jr.

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S MOTION
FOR SEPARATE TRIAL

## CERTIFICATE OF SERVICE

I certify that on November 6, 2000, a complete and correct copy of <u>Corpus Christi Independent School District's Motion for Separate Trial</u> was served on each party by delivery to the following attorney of record in the manner stated below:

**CERTIFIED U.S. MAIL, RETURN RECEIPT REQUESTED:**

<u>Certified Mail, RRR No. P 924 999 399</u>
Mr. Les Cassidy
Woolsey & Cassidy
500 N. Water Street
1020 Bank of American Center North
Corpus Christi, TX 78471

<u>Certified Mail, RRR No. P 924 999 400</u>
Mr. Walter Bryan
Assistant County Attorney
901 Leopard St., Room 207
Second Floor, Nueces County Courthouse
Corpus Christi TX 78401-3680

_____
John C. Holmgreen, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SEAN W. B/N/F MARCIA W. | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. C-00-068 |
| CORPUS CHRISTI INDEPENDENT | § |
| SCHOOL DISTRICT, NUECES COUNTY | § |
| AND SHERIFF LARRY OLIVAREZ | § |

ORDER RULING UPON CORPUS CHRISTI INDEPENDENT SCHOOL
DISTRICT'S MOTION FOR SEPARATE TRIAL

Having heard and considered all things necessary for a ruling upon Corpus Christi Independent School District's Motion for Separate Trial, it is hereby ORDERED as follows:

1. That Corpus Christi Independent School District's Motion for Separate Trial is GRANTED; and

2. That all of the claims which plaintiffs assert against Corpus Christi Independent School District, defendant, shall be tried separately from plaintiffs' claims against Nueces County.

SIGNED on this the _____ day of _____, 2000.

_____
JUDGE PRESIDING

---

ORDER RULING UPON CORPUS CHRISTI INDEPENDENT SCHOOL
DISTRICT'S MOTION FOR SEPARATE TRIAL

226407.1/JCH/427