IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SEAN W. B/N/F MARCIA W. | § | |
| | § | |
| V. | § | C.A. NO. C-00-068 |
| | § | |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT, NUECES COUNTY | § | |
| AND SHERIFF LARRY OLIVAREZ | § | |

## ORDER STRIKING PLEADING(S)

The Clerk has filed your Defendant's Motion to Strike David Hirschman, Ph.D., as an Expert Witness or to Limit his Testimony (D.E. #59). Such motion is untimely.

The Clerk is hereby ORDERED to strike the above instrument from the record and notify counsel of such action.

ORDERED this _____ day of November, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE