# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

NOV 14 2000

MICHAEL N. MILBY, CLERK

Sean W., bnf: Marcia W.                      NOTICE

V.

Corpus Christi I.S.D., et al                 CASE NUMBER: C-00-68

TYPE OF CASE:        _X_ CIVIL          ___ CRIMINAL

### YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:

JUDGE  JANIS GRAHAM JACK

United States Courthouse
3rd Floor Courtroom
521 Starr Street
Corpus Christi, Texas  78401

On     Monday, November 27, 2000           at           10:00 a.m.

### PURPOSE OF PROCEEDING:

___ Initial Pretrial Conference                 _X_ Motion Hearing
    Note: Client(s) are not required to appear      (For Separate Trial)

___ Jury Selection and Trial                    ___ Show Cause Hearing

___ Re-Arraignment                              ___ Sentencing

___ Other:_____            ___ Revocation Hearing

Michael N. Milby, Clerk

By Deputy:  Myra Orta Alfano                    November 14, 2000

cc:  Leslie D. Cassidy
     Linda Flores-Resendez
     John C. Holmgreen, Jr.
     Walter D. Bryan

62.