IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SEAN W. b/n/f MARCIA W. § | |
| § | |
| VS. § | |
| § | C.A. NO. C-00-068 |
| CORPUS CHRISTI § | |
| INDEPENDENT SCHOOL DISTRICT, § | |
| NUECES COUNTY § | |

United States District Court
Southern District of Texas
FILED

NOV 22 2000

Michael N. Milby, Clerk

## PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SEPARATE TRIALS

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

COMES NOW Sean W. b/n/f Marcia W., Plaintiffs, and respectfully file and submit this their Plaintiffs' Response in Opposition to Defendant Corpus Christi Independent School District's Motion for Separate Trials as follows:

1. Plaintiffs request Defendants' motion for separate trials not be granted for the reasons:

   a. the events leading to the arrest and detention of Plaintiff Sean W. involved all Defendants;

   b. separate trials would make for unnecessary duplication testimony;

   c. separate trials would create an undue a financial hardship to Plaintiffs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that Defendants Motion for Separate Trials be denied.

Page 1

Respectfully submitted

_____
Les Cassidy
State Bar No. 03979270
Federal ID 5931
1020 NationsBank Center North
500 N. Water Street
Corpus Christi, Texas 78471
361/887-2965 - Phone
361/887-6521 - Fax

ATTORNEY FOR PLAINTIFFS,
SEAN W. bnf MARCIA W.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was forwarded May 1, 2000, as indicated below to:

Walter Bryan                          **Certified U.S. Mail**
Nueces County Attorneys Office
901 Leopard, Room 206
Corpus Christi, Texas  78401

John C. Holmgreen, Jr.                **Certified U.S. Mail**
Gary, Thomasson, Hall & Marks, P.C.
210 S. Carancahua
Corpus Christi, Texas  78403

_____
Les Cassidy

```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF TEXAS
                      CORPUS CHRISTI DIVISION
```

SEAN W. b/n/f MARCIA W.           §
                                  §
VS.                               §
                                  §   C.A. NO. C-00-068
CORPUS CHRISTI                    §
INDEPENDENT SCHOOL DISTRICT,      §
NUECES COUNTY, AND SHERIFF        §
LARRY OLIVAREZ                    §

### ORDER DENYING DEFENDANT CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S MOTION FOR SEPARATE TRIALS

BE IT REMEMBERED that on this day came on for consideration the motion for separate trial filed by Defendant Corpus Christi Independent School District. This Court having considered the same is of the opinion that said motion should be denied.

SO ORDERED.

Signed this _____ day of November, 2000.


                                  _____
                                  U.S. District Judge

Page 3