# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Myra Orta Alfano

**COURT RECORDER:** Velma Gano

**LAW CLERK:** Nadeem Warren

**U.S.C.S.O.:** Betty Amerson

**U.S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas
FILED

NOV 27 2000

MICHAEL N. MILBY
CLERK

**DATE:** November 27, 2000   **OPEN:** 10:10 am   **ADJOURN:** 10:12 am

**TAPE:** # 1

**CIVIL ACTION NUMBER:** C-00-68

Sean W bnf Marcia W

**COUNSEL:** Les Cassidy

VS.

C.C.I.S.D., et al.

**COUNSEL:** John Holmgreen/~~Linda Flores-Resendez~~/ Walter Bryan

(✓) **Motion Hearing:**

Case called. Appearances are made. Parties announce settlement. Discussion of settlement agreement.

Adjourn.