IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

NOV 29 2000

Michael N. Milby, Clerk

| | |
|---|---|
| SEAN W. B/N/F MARCIA W. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. C-00-068 |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT, NUECES COUNTY § | |
| AND SHERIFF LARRY OLIVAREZ § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Marcia W., as next friend of Sean W., a minor, and Corpus Christi Independent School District, Nueces County, and Steve Schwerin, defendants, give notice that they have settled all of the claims which have been asserted or which might have been asserted herein.

Respectfully submitted,

_Les Cassidy, by permission_ [signature]

Mr. Les Cassidy
State Bar No. 03979270
Federal I.D. No. 5931
WOOLSEY & CASSIDY
Attorney in Charge for Marcia W., as next friend of Sean W.
500 N. Water Street
1020 Bank of American Center North
Corpus Christi, TX 78471
887-2965  FAX: 887-6521

NOTICE OF SETTLEMENT

227285.1/JCH/427

*Walter Bryan, by permission*

*[signature: O. Holmgreen]*

Mr. Walter Bryan
SBN: 03269600
Assistant County Attorney
Attorney in Charge for Nueces County and
Steve Schwerin
901 Leopard St., Room 207
Second Floor, Nueces County Courthouse
Corpus Christi TX 78401-3680
(361) 888-0391   **FAX: (361) 888-0577**


*[signature]*

John C. Holmgreen, Jr.
Federal I.D. No. 299
State Bar No. 09913500
Attorney-in-Charge for Corpus Christi
   Independent School District
P. O. Box 2888
Corpus Christi, Texas  78403-2888
(361) 884-1961   FAX (361) 889-5100

OF COUNSEL:
GARY, THOMASSON, HALL & MARKS
Professional Corporation

NOTICE OF SETTLEMENT

2