United States District Court
Southern District of Texas
ENTERED

JAN 24 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SEAN W. B/N/F MARCIA W. | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. C-00-068 |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT, NUECES COUNTY | § | |
| AND STEVE SCHWERIN, CHIEF | § | |
| PROBATION OFFICER | § | |

## ORDER OF DISMISSAL OF ALL CLAIMS

On the 23rd day of January, 2001, plaintiff, Sean W., by and through his next friend, Marcia W., and defendants, Corpus Christi Independent School District, Nueces County, Texas, and Steve Schwerin, appeared and announced that, without the admission of any legal responsibility by any party, they had settled and compromised all of the claims which plaintiff has asserted or might have asserted against any of the defendants and prayed that this cause be dismissed with prejudice to all claims except those asserted by plaintiff under the Individuals With Disabilities Education Act, 20 U.S.C.A § 1400, *et seq.* (West 2000). It appearing that the parties' prayer is meritorious, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. That all of the claims which plaintiff, Sean W., by his next friend, Marcia W., has asserted or which he might have asserted against the defendants, Nueces

County, Texas, and Steve Schwerin, are hereby DISMISSED WITH PREJUDICE to the right of plaintiff to assert them before this or any other Court;

2. That all of the claims which plaintiff, Sean W., by his next friend, Marcia W., has asserted or which he might have asserted against the defendant Corpus Christi Independent School District are hereby DISMISSED WITH PREJUDICE to his right to assert them before this or any other Court, except that plaintiff's claims under the Individuals With Disabilities in Education Act, 20 U.S.C.A. § 1400 *et. seq.* (West 2000), are DISMISSED WITHOUT PREJUDICE; and

3. That all relief not herein specifically granted is DENIED.

SIGNED on this the 23rd day of January, 2001.

_____
JUDGE PRESIDING

**APPROVED AS TO FORM:**

_____
Mr. Les Cassidy
State Bar No. 03979270
Federal I.D. No. 5931
WOOLSEY & CASSIDY
Attorney for Plaintiffs
500 N. Water Street
1020 Bank of American Center North
Corpus Christi, TX 78471
887-2965    **FAX: 887-6521**

_____
Mr. Walter Bryan, by permission
SBN: 03269600
Attorney for Nueces County, and Steve Schwerin
Assistant County Attorney
901 Leopard St., Room 207
Second Floor, Nueces County Courthouse
Corpus Christi TX 78401-3680
(361) 888-0391   **FAX: (361) 888-0577**


_____
John C. Holmgreen, Jr.
Federal I.D. No. 299
State Bar No. 09913500
GARY, THOMASSON, HALL & MARKS
Professional Corporation
Attorney-in-Charge for Corpus Christi Independent School District
P. O. Box 2888
Corpus Christi, Texas  78403-2888
(361) 884-1961  FAX (361) 889-5100